UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)<br>Plaintiff | : | |
| vs. | : | CA No. 05-172 ML |
| IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS, aka CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR. and FREDERICK VON FREDERICK<br>Defendant | : | |

# ENTRY OF APPEARANCE FOR DEFENDANT H. LOCKE MACDONALD

I hereby enter my appearance for Defendant H. LOCKE MACDONALD.

H. LOCKE MACDONALD
By his Attorney

EDWARD R. DIPIPPO # 0370
1062 Reservoir Avenue
Cranston, RI 02910
Tel. 401-943-3110
Fax. 401-943-8189

## CERTIFICATION

I hereby certify that on June 28, 2005 I mailed a copy of the within Entry of Appearance to Joan O. Vorster, Esq., Morick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, MA 01608-1477 and to Richard E. Kirby, Esq., Macktaz, Keefer & Kirby, The Aldrich Building, 72 Pine Street, Providence, RI 02903