UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)
Plaintiff

vs. CA No. 05-172 ML

IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS, aka CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR. and FREDERICK VON FREDERICK
Defendants

# ANSWER OF DEFENDANT H. LOCKE MACDONALD

1. – 2. Defendant neither admits nor denies the allegations contained in Paragraphs 1 and 2 of Plaintiff's Complaint.

## PARTIES

3. – 8. Defendant neither admits nor denies the allegations contained in Paragraph 3 through 8 of Plaintiff's Complaint.

9. Defendant admits the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. – 13. Defendant neither admits nor denies the allegations contained in Paragraphs 10 through 13 of Plaintiff's Complaint.

## FACTS

14. Defendant neither admits nor denies the allegations contained in Paragraph 14 of Plaintiff's Complaint, but does admit the allegations of said Paragraph as

said allegations relate to Contract No. 08-0880-145065.

15. – 20. Defendant neither admits nor denies the allegations contained in Paragraphs 15 through 20 of Plaintiff's Complaint.

CONTRACT 224

21. – 24. Defendant neither admits nor denies the allegations contained in Paragraphs 21 through 24 since said Contract does not apply to Defendant.

CONTRACT 233

25. – 28. Defendant neither admits nor denies the allegations contained in Paragraphs 25 through 28 since said Contract does not apply to Defendant.

CONTRACT 038

29. – 32. Defendant neither admits nor denies the allegations contained in Paragraphs 29 through 32 since said Contract does not apply to Defendant.

CONTRACT 056

33. – 36. Defendant neither admits nor denies the allegations contained in Paragraphs 33 through 36 since said Contract does not apply to Defendant.

CONTRACT 065

37. Defendant neither admits nor denies the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38. Defendant admits the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. Defendant neither admits nor denies the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40. Defendant neither admits nor denies the allegations contained in

Paragraph 40 of Plaintiff's Complaint.

41. Defendant neither admits nor denies the allegations contained in Paragraph 41 of Plaintiff's Complaint.

CONTRACT 074

42. – 45. Defendant neither admits nor denies the allegations contained in Paragraphs 42 through 45 since said Contract does not apply to Defendant.

CONTRACT 929

46. – 50. Defendant neither admits nor denies the allegations contained in Paragraphs 25 through 28 since said Contract does not apply to Defendant.

WHEREFORE, Defendant H. LOCKE MACDONALD prays that this Honorable Court enter Declaratory Judgment declaring Defendant H. LOCKE MACDONALD to be the owner of the proceeds of Contract Numbered 065 and referred to in Paragraphs 37 through 41 and be awarded the proceeds of said policy.

H. LOCKE MACDONALD
By his Attorney

EDWARD R. DIPIPPO # 0370
1062 Reservoir Avenue
Cranston, RI 02910
Tel. 401-943-3110
Fax. 401-943-8189

**CERTIFICATION**

I hereby certify that on June 28, 2005 I mailed a copy of the within Entry of Appearance to Joan O. Vorster, Esq., Morick, O'Connell, DeMallie & Lougee, LLP, 100

Front Street, Worcester, MA 01608-1477 and to Richard E. Kirby, Esq., Macktaz, Keefer & Kirby, The Aldrich Building, 72 Pine Street, Providence, RI 02903.