5 7/25/05 4:04PM

8302

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Sun Life Assurance Company of Canada

V.

Ida Conroy, et al.

**SUMMONS IN A CIVIL CASE**

CASE N[redacted] 05 172M

TO: (Name and address of Defendant)

Carol Kimberly Griggs
24 Plantation Drive
Cranston, Rhode Island 02920-5534

742 5529
944-3400
175 Niantic Avenue
Providence RI 02907

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joan O. Vorster, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/25/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/25/05 |
| NAME OF SERVER *(PRINT)* Michael H. Arnold | TITLE UNITED STATES DISTRICT COURT Federal Process Server Micheal H. Arnold |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 175 Niantic Ave Providence, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/25/05
Date

Michael H. Arnold
Signature of Server

17 Annandale Terrace Newport, RI 02840
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.