UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF
CANADA (U.S.)
PLAINTIFF

CIVIL ACTION NO: 05-172ML

V.

IDA CONROY, PAUL S. DAVENPORT,
PAUL GONYA. CAROL KIMBERLY
GRIGGS, aka CAROL KIMBERLY,
JEFFREY LUIZ, H. LOCKE
MACDONALD, A. MICHAEL MARINO,
ROBERT R. NADEAU, ANTHONY J.
ROBBIO, JR. and FREDERICK VON
FREDERICK
DEFENDANTS

ENTRY OF APPEARANCE
FOR DEFENDANT
IDA CONROY

I hereby enter my appearance for the defendant, IDA CONROY.

IDA CONROY
By her Attorney

AVRAM N. COHEN, ESQUIRE
155 South Main Street, Suite 304
Providence, RI 02903
Bar Code: 0554
Tel: (401) 521-1525
FAX:(401) 521-6969

CERTIFICATION

The undersigned hereby certifies that on the 1st day of September 2005 he mailed a copy of the within Entry of Appearance to Joan O. Vorster, Esquire, Morick, O'Connell, DeMallie & Lougee, LLP at her post office address: 100 Front Street, Worcester, MA 01608-1477 and to Richard E. Kirby, Esquire, Macktaz, Keefer & Kirby, at his post office: The Aldrich Building, 72 Pine Street, Providence RI 02903 and to Edward R. DiPippo, Esquire at his post office address: 1062 Reservoir Avenue, Cranston RI 02910.

[signature]