UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF
CANADA (U.S.)
PLAINTIFF

CIVIL ACTION NO: 05-172ML

V.

IDA CONROY, PAUL S. DAVENPORT,
PAUL GONYA. CAROL KIMBERLY
GRIGGS, aka CAROL KIMBERLY,
JEFFREY LUIZ, H. LOCKE
MACDONALD, A. MICHAEL MARINO,
ROBERT R. NADEAU, ANTHONY J.
ROBBIO, JR. and FREDERICK VON
FREDERICK
DEFENDANTS

ANSWER OF DEFENDANT
IDA CONROY

1. Defendant, IDA CONROY, admits the allegations of Paragraph 1 of the Complaint.

2. Defendant, IDA CONROY, admits the allegations of Paragraph 2 of the Complaint.

3. Defendant, IDA CONROY, admits the allegations of Paragraph 3 of the Complaint.

4. Defendant, IDA CONROY, admits the allegations of Paragraph 4 of the Complaint.

5. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 5 of the Complaint but leaves plaintiff to its proof.

6. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 6 of the Complaint but leaves plaintiff to its proof.

7. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 7 of the Complaint but leaves plaintiff to its proof.

8. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 8

of the Complaint but leaves plaintiff to its proof.

9. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 9 of the Complaint but leaves plaintiff to its proof.

10. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 10 of the Complaint but leaves plaintiff to its proof.

11. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 11 of the Complaint but leaves plaintiff to its proof.

12. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 12 of the Complaint but leaves plaintiff to its proof.

13. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 13 of the Complaint but leaves plaintiff to its proof.

14. Defendant, IDA CONROY, admits the allegations of Paragraph 14 of the Complaint.

15. Defendant, IDA CONROY, admits the allegations of Paragraph 15 of the Complaint.

16. Defendant, IDA CONROY, admits the allegations of Paragraph 16 of the Complaint.

17. Defendant, IDA CONROY, admits the allegations of Paragraph 17 of the Complaint.

18. Defendant, IDA CONROY, admits the allegations of Paragraph 18 of the Complaint.

19. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 19 of the Complaint but leaves plaintiff to its proof.

20. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 20 of the Complaint but leaves plaintiff to its proof.

21. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 21 of the Complaint but leaves plaintiff to its proof.

22. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 22

of the Complaint but leaves plaintiff to its proof.

23. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 23 of the Complaint but leaves plaintiff to its proof.

24. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 24 of the Complaint but leaves plaintiff to its proof.

25. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 25 of the Complaint but leaves plaintiff to its proof.

26. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 26 of the Complaint but leaves plaintiff to its proof.

27. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 27 of the Complaint but leaves plaintiff to its proof.

28. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 28 of the Complaint but leaves plaintiff to its proof.

29. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 29 of the Complaint but leaves plaintiff to its proof.

30. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 30 of the Complaint but leaves plaintiff to its proof.

31. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 31 of the Complaint but leaves plaintiff to its proof.

32. Defendant, IDA CONROY, neither admits nor denies the allegations of Paragraph 32 of the Complaint but leaves plaintiff to its proof.

33. Defendant, IDA CONROY, admits the allegations of Paragraph 33 of the Complaint.

34. Defendant, IDA CONROY, denies the allegations of Paragraph 34 of the Complaint.

35. Defendant, IDA CONROY, denies the allegations of Paragraph 35 of the Complaint.

36. Defendant, IDA CONROY, admits the allegations of Paragraph 36 of the Complaint.

37. Defendant, IDA CONROY, denies the allegations of Paragraph 37 of the Complaint.

38. Defendant, IDA CONROY, denies the allegations of Paragraph 38 of the Complaint.

39. Defendant, IDA CONROY, denies the allegations of Paragraph 39 of the Complaint.

40. Defendant, IDA CONROY, denies the allegations of Paragraph 40 of the Complaint.

41. Defendant, IDA CONROY, denies the allegations of Paragraph 41 of the Complaint.

42. Defendant, IDA CONROY, denies the allegations of Paragraph 42 of the Complaint.

43. Defendant, IDA CONROY, denies the allegations of Paragraph 43 of the Complaint.

44. Defendant, IDA CONROY, denies the allegations of Paragraph 44 of the Complaint.

45. Defendant, IDA CONROY, denies the allegations of Paragraph 45 of the Complaint.

46. Defendant, IDA CONROY, denies the allegations of Paragraph 46 of the Complaint.

47. Defendant, IDA CONROY, denies the allegations of Paragraph 47 of the Complaint.

48. Defendant, IDA CONROY, denies the allegations of Paragraph 48 of the Complaint.

49. Defendant, IDA CONROY, denies the allegations of Paragraph 49 of the Complaint.

50. Defendant, IDA CONROY, denies the allegations of Paragraph 50 of the Complaint.

WHEREFORE, Defendant, IDA CONROY, prays that this Honorable Court enter a Declaratory Judgment declaring Defendant, IDA CONROY, to be the owner of the proceeds of Contract Numbered 056 as referred to in Paragraphs 33 through 36 of the Complaint and that Judgment enter awarding her the proceeds of said contract and such other and further relief as this Court deems proper and just.

IDA CONROY
By her Attorney

AVRAM N. COHEN, ESQUIRE
155 South Main Street, Suite 304
Providence, RI 02903
Bar Code: 0554
Tel: (401) 521-1525
FAX:(401) 521-6969

CERTIFICATION

The undersigned hereby certifies that on the 1st day of September 2005 he mailed a copy of the within Answer to Joan O. Vorster, Esquire, Morick, O'Connell, DeMallie & Lougee, LLP at her post office address: 100 Front Street, Worcester, MA 01608-1477 and to Richard E. Kirby, Esquire, Macktaz, Keefer & Kirby, at his post office: The Aldrich Building, 72 Pine Street, Providence RI 02903 and to Edward R. DiPippo, Esquire attorney for H. Locke MacDonald at his post office address: 1062 Reservoir Avenue, Cranston RI 02910.