UNITED STATES DISTRICT COURT
District of Rhode Island

Sun Life Assurance Co. of Canada (U.S.)

v. C.A. 05-172 ML

Ida Conroy, Paul S. Davenport, Paul Gonya, Carol Kimberly Griggs, a/k/a Carol Kimberly, Jeffrey Luiz, H. Locke MacDonald, A. Michael Marino, Robert R. Nadeau, Anthony J. Robbio, Jr., and Frederick Von Fredrek

ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant Carol Kimberly Griggs.

Carol Kimberly Griggs,
By her Attorney,

Edward L. Gerstein, Esq., #2270
29 Meeting House Lane
Little Compton, RI 02837
Tel: (401) 635-2282
Fax: (401) 635-1612

CERTIFICATION

I hereby certify that a copy of the within was sent by first class mail, postage prepaid, to: Joan O. Voster, Esq., and Kristina Allair, Esq., Mirick O'Connell, 100 Front Street, Worcester, MA 01608, on August 25, 2005; and to Richard E. Kirby, Esq., 72 Pine Street, Providence, RI 02903; and Edward DiPippo, Esq., 1062 Reservoir Ave., Cranston, RI 02910, on September 6, 2005.