UNITED STATES DISTRICT COURT
District of Rhode Island

Sun Life Assurance Co. of Canada (U.S.)

v. C.A. 05-172 ML

Ida Conroy, Paul S. Davenport, Paul Gonya, Carol Kimberly Griggs, a/k/a Carol Kimberly, Jeffrey Luiz, H. Locke MacDonald, A. Michael Marino, Robert R. Nadeau, Anthony J. Robbio, Jr., and Frederick Von Fredrek

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO LOCAL RULE 31**

The claims, or cause of action set forth in these proceedings comprise all or a material part of the subject matter of an action now pending in the Providence County Superior Court entitled *Frederick Val Fredrek, et al v. Carol Kimberly a/k/a Carol Kimberly Griggs*, C.A. No 99-4657

Carol Kimberly Griggs,
By her Attorney,

Edward L. Gerstein, Esq., #2270
29 Meeting House Lane
Little Compton, RI 02837
Tel: (401) 635-2282
Fax: (401) 635-1612

CERTIFICATION

I hereby certify that a copy of the within was sent by first class mail, postage prepaid, this 6th day of September, 2005 to: Joan O. Voster, Esq., attn: Kristina Allair, Esq., Mirick O'Connell, 100 Front Street, Worcester, MA 01608; Richard E. Kirby, Esq., 72 Pine Street, Providence, RI 02903; and Edward DiPippo, Esq., 1062 Reservoir Ave., Cranston, RI 02910.