RECEIVED
OCT 2005

UNITED STATES DISTRICT COURT
District of Rhode Island

Sun Life Assurance Co. of Canada (U.S.)

v. C.A. 05-172 ML

Ida Conroy, Paul S. Davenport, Paul Gonya, Carol Kimberly Griggs, a/k/a Carol Kimberly, Jeffrey Luiz, H. Locke MacDonald, A. Michael Marino, Robert R. Nadeau, Anthony J. Robbio, Jr., and Frederick Von Fredrek

**STIPULATION**

It is hereby agreed to between the Plaintiff and the Defendant, Carol Kimberly Griggs, that she shall have up to and including October 19, 2005 within which to file her response to the Plaintiff's MOTION TO DEPOSIT PROCEEDS INTO COURT.

Carol Kimberly Griggs,
By her Attorney,

[signature]

Edward L. Gerstein, Esq., #2270
29 Meeting House Lane
Little Compton, RI 02837
Tel: (401) 635-2282
Fax: (401) 635-1612

Sun Life Assurance Co. of Canada (US)
By its attorneys,

Signature obtained by facsimile,
see attached

Joan O. Vorster, Esq. RI #5784
Mirick, O'Connell, DeMallie & Lougee,LLP
100 Front St.
Worcester, MA 01608-1477
Tel. (508) 791-8500
Fax. (508) 791-8502