UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)<br>Plaintiff<br><br>V.<br><br>IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,<br>Defendants | CIVIL ACTION NO. 05-172-ML |

**PLAINTIFF'S, SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.) MOTION TO DEPOSIT PROCEEDS INTO COURT**

This is an action for interpleader to resolve a dispute over the proceeds of seven annuity contracts owned by the decedent, Frederick A. Gonya with the plaintiff. All of the interested parties have been served with the summons and complaint. Accordingly, Sun Life Assurance Company of Canada, (U.S.)("Sun Life") moves this Court, pursuant to 28 U.S.C. §1335 for an Order permitting it to deposit the proceeds of seven annuity contracts with the Clerk of Court until resolution of the litigation.

The grounds for this motion are set forth in the accompanying Memorandum of Law.

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),

By its attorneys,

Joan O. Vorster, Esq.
RI # 5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Richard E. Kirby, Esq.
RI #3780
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903
Phone: (401) 272-5300
Fax: (401) 331-7454

Dated: 10-13-05

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to:

Richard E. Kirby, Esq.
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903

Avram N. Cohne
155 South Main Street, Suite 204
Providence, RI 02903

Edward R. Dipippo, Esq.
1062 Reservoir Avenue
Cranston, RI 02901

Edward L. Gerstein
29 Meeting House Lane
Little Compton, RI 02837

A. Michael Marino
134 Pine Glen Drive
East Greenwich, RI 02818

Paul S. Davenport
3691 Lakemont Drive
Bonita Springs, FL 34134-2941

Paul Gonya
2570 West Victoria Drive
Alpine, CA 91901-3661

Jeffrey Luiz
7 Tobin Lane
Bristol, RI 02809-1525

Robert R. Nadeau
15 Harmon Avenue
Cranston, RI 02910-2452

Anthony Robbio, Jr.
117 Beacon Street
Cranston, RI 02910-1407

Frederick Von Fredrek
4 Parkman Street
Providence, RI 02903

Joan O. Vorster, Esq.

Dated: 10-13-05

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)<br>Plaintiff<br><br>V.<br><br>IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,<br>Defendants | CIVIL ACTION NO. 05-172-ML |

**MEMORANDUM IN SUPPORT OF SUN LIFE ASSURANCE COMPANY OF CANADA'S, (U.S.) MOTION TO DEPOSIT PROCEEDS OF ANNUITY CONTRACTS INTO COURT**

**NATURE AND STATUS OF PROCEEDINGS**

This is an action for interpleader to resolve a dispute over the proceeds of seven annuity contracts owned by the decedent, Frederick A. Gonya, with Sun Life Assurance Company of Canada, (U.S.) ("Sun Life"). Frederick A. Gonya was the owner and annuitant of seven annuity contracts:

- Contract No. 08-0880-138224 with a contract date of August 17, 1984 ("Contract 224"),
- Contract No. 08-0880-138233 with a contract date of August 17, 1984 ("Contract 233"),
- Contract No. 08-0880-145038 with a contract date of January 18, 1985 ("Contract 038"),

{H:\PA\Lit\15928\55021\A0837593.DOC}

- Contract No. 08-0880-145056 with a contract date of January 18, 1985 ("Contract 056"),
- Contract No. 08-0880-145065 with a contract date of January 18, 1985 ("Contract 065"),
- Contract No. 08-0880-145074 with a contract date of January 18, 1985 ("Contract 074"), and
- Contract No. 71-7100-001929 with a contract date of December 20, 1985 ("Contract 929")

Collectively the "Contracts." The combined total value of these contracts is approximately $306,761.87 as of September 13, 2005 plus accrued interest. At various times, Frederick A. Gonya designated one or more of the defendants as beneficiaries of one or more of the Contracts. Frederick A. Gonya died on September 6, 1999.

In an action pending in the Rhode Island Superior Court, Messrs. Von Fredrek, Gonya, Nadeau, Robbio, Marino and Davenport have filed suit against Ms. Griggs seeking to recover, among other things, the proceeds of the some or all of the Contracts.

Because of the dispute among the defendants as to the Contracts, Sun Life has not yet distributed the proceeds of the Contracts.

Messrs. Von Fredrek, Gonya, Nadeau, Robbio, Marino and Davenport have objected to the distribution of the proceeds of the Contracts to Ms. Griggs. Ms. Griggs contends that the proceeds from the Contracts should be distributed directly to her. Thus, a dispute exists among the defendants regarding who are the beneficiaries under the Contracts and how the proceeds from the Contracts should be distributed among them.

The defendants have claims against Sun Life such that it may be exposed to multiple liabilities for the proceeds of the Contracts.

Thus, a dispute exists among the defendants regarding who are the beneficiaries under the Contracts and how the proceeds from the Contracts should be distributed among them.

Sun Life filed a Complaint for Interpleader on April 25, 2005, pursuant to Federal Rules of Civil Procedure 22 and 28 U.S.C. §§1335, 1397 and 2361 to require the defendants to interplead and settle among themselves their rights to the proceeds of the Contracts. All of the defendants have been served with the summons and complaint. Three of the ten defendants have answered the interpleader complaint.

The subject of this litigation is the death benefits of the seven annuity contracts totaling approximately $306,761.87 plus accrued interest. This amount is owed to one or all of the defendants as beneficiaries. Sun Life has no interest in the money to be deposited with the Court. Sun Life now seeks to deposit these funds into Court until resolution of the litigation and distribution of the funds to one, or all of the defendants, as ordered by the Court.

**ARGUMENT**

28 U.S.C. § 2361 authorizes a district court to discharge the stakeholder in any civil interpleader action from further liability to claimants. Before discharging a stakeholder under § 2361, the court must first determine whether the requirements of 28 U.S.C. § 1335 have been met. New York Life Ins. Co. v. Connecticut Dev. Auth., 700 F.2d 91, 95 (2nd Cir. 1983). There must be a fund greater than $ 500; adverse claimants of diverse citizenship; a disinterested stakeholder and a deposit of the funds into Court. Mendez v. Teachers Ins. & Annuity Ass'n & College Retirement Equities Fund, 982 F.2d 783, 787 (2d Cir. 1992).

The seven annuity contracts at issue in this case have a total value of approximately $306,761.87 plus accrued interest. The ten claimants in this case are residents of Rhode Island, Florida and California. The statute only requires diversity of two or more claimants. See State Farm Fire and Casualty Co. v. Tashire, 386 U.S. 523, 530 (1967). Sun Life acknowledges that it owes the proceeds of these contracts to one or more of the named defendants. Therefore Sun

{H:\PA\Lit\15928\55021\A0837593.DOC}

Life requests that it now be permitted to deposit the proceeds of these annuity contracts with the Court so that it can then seek discharge from this action.

WHEREFORE, Sun Life respectfully requests this Court to permit it to deposit funds in the amount of $306,761.87 plus accrued interest with the Court.

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),

By its attorneys,

Joan O. Vorster, Esq.
RI # 5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Richard E. Kirby, Esq. (JOV)
RI #3780
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903
Phone: (401) 272-5300
Fax: (401) 331-7454

Dated: 10 · 13 - 05

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to:

Richard E. Kirby, Esq.
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903

Avram N. Cohne
155 South Main Street, Suite 204
Providence, RI 02903

Edward R. Dipippo, Esq.
1062 Reservoir Avenue
Cranston, RI 02901

Edward L. Gerstein
29 Meeting House Lane
Little Compton, RI 02837

A. Michael Marino
134 Pine Glen Drive
East Greenwich, RI 02818

Paul S. Davenport
3691 Lakemont Drive
Bonita Springs, FL 34134-2941

Paul Gonya
2570 West Victoria Drive
Alpine, CA 91901-3661

Jeffrey Luiz
7 Tobin Lane
Bristol, RI 02809-1525

Robert R. Nadeau
15 Harmon Avenue
Cranston, RI 02910-2452
Frederick Von Fredrek
4 Parkman Street
Providence, RI 02903

Anthony Robbio, Jr.
117 Beacon Street
Cranston, RI 02910-1407

Joan O. Vorster
Joan O. Vorster, Esq.

Dated: 10-13-05

{H:\PA\Lit\15928\55021\A0837593.DOC}