UNITED STATES DISTRICT COURT
District of Rhode Island

FILED
OCT 14
U.S.
DIST.

Sun Life Assurance Co. of Canada (U.S.)

v. C.A. 05-172 ML

Ida Conroy, Paul S. Davenport, Paul Gonya, Carol Kimberly Griggs, a/k/a Carol Kimberly, Jeffrey Luiz, H. Locke MacDonald, A. Michael Marino, Robert R. Nadeau, Anthony J. Robbio, Jr., and Frederick Von Fredrek

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the defendant Carol Kimberly Griggs and hereby moves for an enlargement of time up to and including October 19, 2005, within which to file her response to the Plaintiff's MOTION TO DEPOSIT PROCEEDS INTO COURT. In support hereof she states:

1. Plaintiff's Motion to Deposit Proceeds Into Court is certified as served by mail on September 30, 2005. The defendant's response thereto is otherwise due on October 14, 2005.

2. Based on intervening weekends and religious holidays, the defendant is in need of additional time within which to file her response.

3. Plaintiff has no objection to an enlargement of time up to and including October 19, 2005, within which the defendant may file her response.

4. Wherefore, defendant Carol Kimberly Griggs moves for an enlargement of time up to and including October 19, 2005, within which to file her response to the Plaintiff's MOTION TO DEPOSIT PROCEEDS INTO COURT.

Granted. Mary M. Lisi USDJ 10/17/05

Carol Kimberly Griggs,
By her Attorney,

Edward L. Gerstein /cs

Edward L. Gerstein, Esq., #2270 10/14/05
29 Meeting House Lane
Little Compton, RI 02837
Tel: (401) 635-2282
Fax: (401) 635-1612

CERTIFICATION

I hereby certify that a copy of the within Motion for Enlargement of Time was mailed, postage prepaid this 14 day of October, 2005 to:

Joan O. Voster, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Avram N. Cohen, Esq.
155 South Main St.
Suite 204
Providence, RI 02903

Richard E. Kirby, Esq.
Macktaz, Keefer & Kirby
72 Pine Street
Providence, RI 02903

Edward DiPippo, Esq.
1062 Reservoir Ave.
Cranston, RI 02910

Edward L. Gerstein /cs