RECEIVED

OCT 19 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
District of Rhode Island

Sun Life Assurance Co. of Canada (U.S.)

v. C.A. 05-172 ML

Ida Conroy, Paul S. Davenport, Paul Gonya, Carol Kimberly Griggs, a/k/a Carol Kimberly, Jeffrey Luiz, H. Locke MacDonald, A. Michael Marino, Robert R. Nadeau, Anthony J. Robbio, Jr., and Frederick Von Fredrek

**STIPULATION**

It is hereby agreed to between the Plaintiff and the Defendant, Carol Kimberly Griggs, that she shall have up to and including October 28, 2005 within which to file her response to the Plaintiff's MOTION TO DEPOSIT PROCEEDS INTO COURT.

Carol Kimberly Griggs,
By her Attorney,

Edward L. Gerstein, Esq., #2270
29 Meeting House Lane
Little Compton, RI 02837
Tel. (401) 635-2282
Fax. (401) 635-1612

Sun Life Assurance Co. of Canada (US)
By its attorneys,

Joan O. Vorster (Esq.)

Joan O. Vorster, Esq. RI #5784
Mirick, O'Connell, DeMallie & Lougee,LLP
100 Front St
Worcester, MA 01608-1477
Tel. (508) 791-8500
Fax. (508) 791-8502

Enter:
Mary M. Lisi
USDJ 10/19/05

CERTIFICATION

I hereby certify that a copy of the within Stipulation was mailed, postage prepaid this day of October, 2005 to:

Joan O. Vorster, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Avram N. Cohen, Esq.
155 South Main St.
Suite 204
Providence, RI 02903

Richard E. Kirby, Esq.
Macktaz, Keefer & Kirby
72 Pine Street
Providence, RI 02903

Edward DiPippo, Esq.
1062 Reservoir Ave.
Cranston, RI 02910