UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)
Plaintiff

V.

IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,
Defendants

CIVIL ACTION NO. 05-172-ML

**AFFIDAVIT OF JOAN O. VORSTER**

To the Clerk of the Above Named Court:

I, Joan O. Vorster, attorney for the above-named Plaintiff, Sun Life Assurance Company of Canada, (U.S.) ("Sun Life"), states that:

1. The Complaint in this matter was filed on April 25, 2005. The Summons and Complaint were served upon the Defendant, Frederick Von Fredrek. ("Mr. Von Fredrek") on July 25, 2005, as it appears from the officer's return.

2. Mr. Von Fredrek's Answer was due on or before August 15, 2005.

3. The Defendant, Mr. Von Fredrek, has failed to file an Answer.

Signed under the pains and penalties of perjury this 21st day of October, 2005

Joan O. Vorster

Joan O. Vorster

{H:\PA\Lit\15928\55021\A0849580.DOC}