UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)<br>Plaintiff<br><br>V.<br><br>IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,<br>Defendants | CIVIL ACTION NO. 05-172-ML |

**REQUEST FOR DEFAULT OF DEFENDANT, JEFFREY LUIZ**

Pursuant to Federal Rule of Civil Procedure 55(a) and the Affidavit of Attorney Joan O. Vorster attached hereto as Exhibit A, the plaintiff requests that the defendant, Jeffrey Luiz, be defaulted for failure to file an Answer.

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),

By its attorneys,

Joan O. Vorster, Esq.
RI # 5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Richard E. Kirby, Esq. (JOV)
RI #3780
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903
Phone: (401) 272-5300
Fax: (401) 331-7454

Dated: 10-21-05

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to:

Richard E. Kirby, Esq.
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903

Avram N. Cohne
155 South Main Street, Suite 204
Providence, RI 02903

Edward R. Dipippo, Esq.
1062 Reservoir Avenue
Cranston, RI 02901

Edward L. Gerstein
29 Meeting House Lane
Little Compton, RI 02837

A. Michael Marino
134 Pine Glen Drive
East Greenwich, RI 02818

Paul S. Davenport
3691 Lakemont Drive
Bonita Springs, FL 34134-2941

Paul Gonya
2570 West Victoria Drive
Alpine, CA 91901-3661

Jeffrey Luiz
7 Tobin Lane
Bristol, RI 02809-1525

Robert R. Nadeau
15 Harmon Avenue
Cranston, RI 02910-2452
Frederick Von Fredrek
4 Parkman Street
Providence, RI 02903

Anthony Robbio, Jr.
117 Beacon Street
Cranston, RI 02910-1407

Joan O. Vorster

Joan O. Vorster, Esq.

Dated: 10 · 21 · 05