UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)<br>Plaintiff<br><br>V.<br><br>IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,<br>Defendants | CIVIL ACTION NO. 05-172-ML |

**AFFIDAVIT OF JOAN O. VORSTER**

To the Clerk of the Above Named Court:

I, Joan O. Vorster, attorney for the above-named Plaintiff, Sun Life Assurance Company of Canada, (U.S.) ("Sun Life"), states that:

1. The Complaint in this matter was filed on April 25, 2005. The Defendant, Paul Gonya ("Mr. Gonya"), executed a Waiver of Service of Summons on May 23, 2005, as filed with the Court.

2. Pursuant to the Waiver of Service, Mr. Gonya's Answer was due on or before July 11, 2005.

3. The Defendant, Mr. Gonya, has failed to file an Answer.

Signed under the pains and penalties of perjury this 21ST day of October, 2005

Joan O. Vorster

Joan O. Vorster

{H:\PA\Lit\15928\55021\A0849498.DOC}