UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)
Plaintiff

V.

IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,
Defendants

CIVIL ACTION NO. 05-172-ML

**REQUEST FOR DEFAULT OF DEFENDANT, PAUL S. DAVENPORT**

Pursuant to Federal Rule of Civil Procedure 55(a) and the Affidavit of Attorney Joan O. Vorster attached hereto as Exhibit A, the plaintiff requests that the defendant, Paul S. Davenport, be defaulted for failure to file an Answer.

DEFAULT HEREBY ENTERED:

J. Sutanel

DEPUTY CLERK 10/24/05

{H:\PA\Lit\15928\55021\A0849390.DOC}

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),

By its attorneys,

Joan O. Vorster, Esq.
RI # 5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Richard E. Kirby, Esq.
RI #3780
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903
Phone: (401) 272-5300
Fax: (401) 331-7454

Dated: 10 . 21 . 05