UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF
CANADA (U.S.)
Plaintiff

v. C.A. No 05-172 ML

IDA CONROY, PAUL S. DAVENPORT,
PAUL GONYA, CAROL KIMBERLY
GRIGGS a/k/a CAROL KIMBERLY,
JEFFERY LUIZ, H. LOCKE MACDONALD,
A. MICHAEL MARINO, ROBERT R.
NADEAU, ANTHONY J. ROBBIO, Jr., and
FREDERICK VON FREDEREK,
Defendants

## Answer of Defendant A. Michael Marino

1. Defendant neither admits nor denies the allegations of this averment and leaves that plaintiff to its proof.
2. Defendant neither admits nor denies the allegations of this averment and leaves that plaintiff to its proof.
3. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
4. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
5. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
6. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

7. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

8. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

9. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

10. Admitted.

11. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

12. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

13. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

14. Defendant admits that the late Frederick A. Gonya was the owner and annuitant of certain annuity contract issued to him by the plaintiff; however, defendant neither admits nor denies the remaining allegations of this averment and leaves that plaintiff to its proof.

15. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

16. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

17. Admitted.

18. Admitted.

19. Defendant admits that the state court proceeding referenced in this paragraph of the complaint addresses, among other things, defendant's objection to the distribution of the proceeds of the Contracts to Ms. Kimberly-Griggs. As to the remainder to the allegations contained in this averment, defendant neither admits nor denies the allegations of this averment and leaves that plaintiff to its proof.
20. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
21. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
22. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
23. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
24. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
25. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
26. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
27. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
28. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

29. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
30. Denied.
31. Admitted.
32. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
33. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
34. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
35. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
36. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
37. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
38. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
39. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.
40. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

41. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

42. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

43. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

44. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

45. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

46. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

47. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

48. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

49. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

50. Defendant is without sufficient information or knowledge to form a belief or opinion as to the truth of the allegations of this averment and leaves the plaintiff to its proof.

A. Michael Marino by his attorney,

Stephen J. Angell #6132
**Law Office of Stephen J. Angell**
155 South Main Street
Providence RI 02903-2963
Tel: 401.276.0066
Fax: 401.276.0022

**Certification**

I hereby certify that on 11/16/05 a true copy of the within Answer was served on the following counsel of record listed below via first class mail, postage prepaid:

Joan O. Vorster, Esq.
Kristina Allair, Esq.
**Mirick O'Connell**
100 Front Street
Worcester, MA 01608-1477

Richard E. Kirby, Esq.
**Macktaz, Keefer & Kirby**
72 Pine Street
Providence, RI 02903

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837

Edward R. DiPippo, Esq.
1062 Reservoir Ave.
Cranston, RI 02910

Avram N. Cohen, Esq.
155 South Main Street, Suite 304
Providence, RI 02903