UNITED STATES DISTRICT COURT
District of Rhode Island

Sun Life Assurance Co. of Canada (U.S.)

v. C.A. 05-172 ML

Ida Conroy, Paul S. Davenport, Paul Gonya, Carol Kimberly Griggs, a/k/a Carol Kimberly, Jeffrey Luiz, H. Locke MacDonald, A. Michael Marino, Robert R. Nadeau, Anthony J. Robbio, Jr., and Frederick Von Fredrek

**AFFIDAVIT OF ALFRED FACTOR, ESQ.**

I, Alfred Factor, being first duly sworn upon oath depose and state:

1. I am an attorney at law, licensed to practice law in the state of Rhode Island, and maintain my offices at Kirshenbaum & Kirshenbaum, 888 Reservoir Avenue, Cranston, RI 02910.

2. I have reviewed the "Memorandum of Defendant Paul Gonya in Support of his Motion to Vacate Default," and the relevant portions (i.e. page 2) of the memoranda filed on behalf of the defendants Marino, Robbio, Nadeau, Von Fredrek, and Davenport in support of their motions to vacate the defaults entered against them in this matter.

3. This affidavit is submitted in response to the allegations that I agreed to represent the defendants identified in paragraph 2 in these federal proceedings, a claim that I deny.

4. I was never contacted by the defendants Robbio, Nadeau, Von Fredrek, or Davenport concerning these proceedings. They did not request that I represent them or

otherwise consult with me, and I did not provide them any advice concerning these proceedings.

5. Michael Marino did not give me any court documents concerning this matter, and I did not provide him any advice concerning this matter in the federal court.

6. I was never retained and did not agree to represent the defendant Paul Gonya in this matter in the federal court. I have never received from him, or anyone on his behalf, any court documents concerning this matter in the federal court. I advised Mr. Gonya in writing on July 13, 2005 and July 26, 2005 that I was not engaged to represent him in these federal proceeding, and had not received any court documents from him or anyone else in this matter in the federal court. I did not otherwise agree, or represent, that I would protect his interests, or take any steps on his behalf in this matter in the federal court. Mr. Gonya did not consult with me, nor did I give him any advice, concerning this matter in the federal court.

7. As of the execution of this affidavit, I have had no communications from or with attorney Stephen J. Angell concerning the matters set forth in the memoranda filed in support of the motions to vacate the defaults, or this case in the federal court.

Alfred Factor
Alfred Factor

Subscribed to and sworn before me this 23RD day of November 2005.

Delia Nogueira
Notary Public
My Commission Expires: 3/1/09