MIRICK O'CONNELL
ATTORNEYS AT LAW
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

August 8, 2005

United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

Re: Sun Life Assurance Company of Canada v. Ida Conroy, et al.
Civil Action No. 05-172- ML

Dear Sir/Madam:

Enclosed please find for filing in the above-captioned matter the following documents:

1. Waiver of Service of Summons for: Ida Conroy; Paul S. Davenport; Paul Gonya; Jeffrey Luiz; A. Michael Marino; Robert R. Nadeau; and Anthony J. Robbio, Jr.

2. Return of Service of Summons for: Frederick Von Fredrck and Carol Kimberly Griggs.

3. Waiver of Service of Summons for H. Locke MacDonald.

4. Answer of Defendant H. Locke MacDonald.

5. Entry of Appearance for Defendant H. Locke MacDonald.

Thank you for your attention to this matter. Please call should you have any questions.

Very truly yours,

Joan O. Vorster

JOV/jc
Enclosures
cc: Richard E. Kirby, Esq.; Avram Cohne, Esq.; Edward R. DiPippo, Esq.;
Paul S. Davenport; Paul Gonya; Jeffrey Luiz; A. Michael Marino; Robert R. Nadeau;
Anthony J. Robbio, Jr.; Frederick Von Fredrek; Carol Kimberly Griggs.