AF:dn
#0316

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

FREDERICK VAL FREDREK, PAUL GONYA, :
ROBERT R. NADEAU, ANTHONY J. ROBBIO, :
A. MICHAEL MARINO AND :
PAUL S. DAVENPORT :
:
VS : CA NO. 99-4657
:
CAROL KIMBERLY A/K/A :
CAROL KIMBERLY GRIGGS :

**MOTION TO WITHDRAW**

Now come Alfred Factor, Esq. and Brian G. Goldstein, Esq., of Kirshenbaum & Kirshenbaum, Attorneys at Law, Inc., in the above-entitled matter and move to withdraw as counsel for the Plaintiffs for reasons as set forth in the attached affidavit.

KIRSHENBAUM & KIRSHENBAUM
Attorneys at Law, Inc.
888 Reservoir Avenue
Cranston, RI 02910
Tel: 401-946-3200
Fax: 401-943-8097

PLEASE TAKE NOTICE that the within Motion will be scheduled for hearing before this Honorable Court on the 12th day of Oct. , 2005 at 9:00 a.m.

**CERTIFICATION**

I, the undersigned, hereby certify that on the 28th day of Sept, 2005, I have mailed a copy of the within Motion to: Paul Gonya, ~~Esq.~~, Gonya Enterprises, Inc., 2570 West Victoria Drive, Alpine, CA 91901; Edward Gerstein, Esq., 29 Meeting House Lane, Little Compton, RI 02837 and A. Michael Marino, 134 Pine Glen Drive, East Greenwich, RI 02818; Frederick Val Fredrek, 4 Parkman Street, Providence, RI 02907; Robert Nadeau, 150 Harmon Avenue, Cranston, RI 02910; Anthony Robbio, PO Box 3579, Cranston, RI 02910; Anthony Robbio, 117 Beacon Street, Cranston, RI 02910; Paul Davenport, 3691 Lakemont Drive, Bonita Springs, FL 34134.

[signature]

**AFFIDAVIT**

We, Alfred Factor, Esquire, and Brian G. Goldstein, Esq., of Kirshenbaum & Kirshenbaum, Attorneys at Law, Inc., counsel for the Plaintiffs, first being duly sworn on oath depose and say the following:

1. That there are irreconcilable differences between our clients and ourselves and therefore, we can not continue to zealously represent them.

Alfred Factor

Alfred Factor, Esq., #0316

Subscribed and sworn to before me at Cranston, Rhode Island, this 28th day of Sept., 2005.

Debra Nogueira

NOTARY PUBLIC

Brian G. Goldstein

Brian G. Goldstein, Esq., #3265

Subscribed and sworn to before me at Cranston, Rhode Island, this 28th day of Sept., 2005.

Debra Nogueira

NOTARY PUBLIC