UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Sun Life Assurance Company of
Canada

vs. C.A. NO. 05-172ML

Ida Conroy, et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
December 5 , 2005

Entered as an Order of this Court on December 5 , 2005.

Barbara Barletta
Deputy Clerk