UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)<br>Plaintiff<br><br>V.<br><br>IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,<br>Defendants | CIVIL ACTION NO. 05-172-ML |

**AFFIDAVIT OF ATTORNEYS' FEES**

I, Joan O. Vorster, on oath do depose and state as follows:

1. I am an attorney with the law firm of Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts 01608-1477. I have been a member of the Rhode Island Bar in good standing since 1997, and the Massachusetts Bar in good standing since 1987. I am admitted to practice before the state court and federal courts in both Rhode Island and Massachusetts. I represent the plaintiff, Sun Life Assurance Company of Canada, (U.S.).

2. Attached are copies of itemized, computer-generated statements prepared in the usual course of business which contemporaneously document the specific nature of legal services rendered in this case for the period of March 7, 2005 through December 31, 2005. These charges are based upon reasonable and customary hourly rates established by Mirick, O'Connell, DeMallie & Lougee, LLP for each attorney using the factors prescribed by the Massachusetts

Supreme Judicial Court to be considered as guides in determining the reasonableness of fees for legal services. The billing statements also itemize costs and disbursements.

3. Fees from March 7, 2005 through December 31, 2005 total $17,862.50. Expenses total $745.71. I also estimate that an additional 5 hours of my time has been incurred in January 2006 to appear at the January 6, 2006 hearing and respond to the settlement reported by 3 defendants as to 2 of the annuities. With the January 2006 time, fees total $19,307.50.

4. In an effort to reduce costs and promote efficiency, I was assisted in the work that I performed on this case by my associate, Kristina H. Allaire. Attorney Allaire worked on this case under my direction and supervision.

5. The work performed in this matter included preparation of the complaint, along with accompanying materials; locating the defendants and serving each of them with the complaint; numerous communications with the defendants and their counsel regarding the interpleader process and extensions of time to respond; preparation of a motion to deposit the funds at issue in this case with the court; review of the responses to the complaint filed by the defendants; researching and preparing a reply brief to the opposition to deposit funds filed by Griggs; attendance at the hearing to deposit of the funds with the court; and preparation of the motion for judgment.

Signed under the pains and penalty of perjury this 11th day of January, 2006.

JOAN O. VORSTER

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to:

Richard E. Kirby, Esq.
Macktaz, Keefer & Kirby
The Aldrich Building
72 Pine Street
Providence, RI 02903

Avram N. Cohen
155 South Main Street, Suite 204
Providence, RI 02903

Edward R. Dipippo, Esq.
1062 Reservoir Avenue
Cranston, RI 02901

Edward L. Gerstein
29 Meeting House Lane
Little Compton, RI 02837

Stephen J. Angell
Law Offices of Stephen J. Angell
155 South Main St., Ste 203
Providence, RI 02903

Jeffrey Luiz
7 Tobin Lane
Bristol, RI 02809-1525

Joan O. Vorster, Esq.

Dated: January 12, 2006