15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/07/05 | Telephone call to A. Farina regarding interpleader. | JOV | 0.20 | 62.00 |
| 03/10/05 | Review relevant portions of file to prepare interpleader. | JOV | 1.60 | 496.00 |
| 03/21/05 | Review and analyze client documents and draft Complaint for Interpleader. | DKM | 7.60 | 1,368.00 |
| 03/22/05 | Review and revise complaint. | JMH | 0.90 | 292.50 |
| 03/22/05 | Further preparation and drafting of Complaint. | DKM | 2.70 | 486.00 |
| 03/28/05 | Review revisions to the Complaint via emails (numerous) from client. | JOV | 0.50 | 155.00 |
| 03/28/05 | Attention to Complaint for Interpleader. | DKM | 0.10 | 18.00 |
| 03/30/05 | Internet research regarding addresses of defendants. | SCD | 0.60 | 81.00 |
| 03/31/05 | Research address of F. Von Fredrek; memo regarding same. | SCD | 0.40 | 54.00 |
| 03/31/05 | Further drafting of Complaint for Interpleader. | DKM | 1.10 | 198.00 |

Total Services . . . . . . . . . . . . . . . . . . . . Hours 15.70 $ 3,210.50

Total Services and Disbursements. . . . . . . . . . . . . . . . . . . $ 3,210.50

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/06/05 | Email Complaint to local counsel in Connecticut. | JOV | 0.10 | 31.00 |
| 04/06/05 | Instructions to D. McCay regarding preparing filing materials. | JOV | 0.10 | 31.00 |
| 04/06/05 | Telephone conference with court clerk regarding filing requirements; review and prepare civil action cover sheet, summonses. | DKM | 0.60 | 108.00 |
| 04/07/05 | Attention to issues regarding filing of Complaint. | DKM | 0.10 | 18.00 |
| 04/11/05 | Attention to filing Complaint; draft letter to Attorney T. Kirby regarding same. | DKM | 0.20 | 36.00 |
| 04/12/05 | Draft letter to Attorney T. Kirby regarding summonses. | DKM | 0.10 | 18.00 |
| 05/03/05 | Telephone to R. Kirby regarding status. | JOV | 0.10 | 31.00 |
| 05/12/05 | Email A. Farina regarding status. | JOV | 0.10 | 31.00 |
| 05/16/05 | Follow-up on status of service. | JOV | 0.10 | 31.00 |
| 05/17/05 | Review service of process on defendants. | JOV | 0.20 | 62.00 |
| 05/25/05 | Instructions to K. Allaire regarding service of returned summons. | JOV | 0.10 | 31.00 |
| 05/25/05 | Conference with J. Vorster regarding Waivers; review file for addresses; review Waivers of Service. | khalla | 1.90 | 380.00 |
| 05/26/05 | Research to locate individuals whose service was returned; review file for addresses; draft new waiver of service pleadings. | khalla | 2.90 | 580.00 |
| 05/27/05 | Draft, review and revise letters to defendants enclosing new wiaver of service of summons. | khalla | 0.30 | 60.00 |
| | Total Services . . . . . . . . . . . . . . . . . . . . | Hours | 6.90 | $ 1,448.00 |

| Date | Disbursements | | Value |
|---|---|---|---|
| | Photocopies | ( 171 at 0.10 per page) | 17.10 |
| | Fax | | 1.00 |
| | Mailing Costs | | 5.87 |
| | Telephone - long distance | | 1.92 |
| 03/30/05 | Accurint | | 0.25 |
| 03/30/05 | Accurint/scd | | 2.50 |
| 03/30/05 | Accurint/scd | | 0.25 |
| 03/30/05 | Accurint/scd | | 0.25 |
| 03/30/05 | Accurint/scd | | 0.25 |
| 03/30/05 | Accurint/scd | | 0.25 |
| 03/31/05 | Accurint/scd | | 0.25 |

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Disbursements | |
|---|---|---|
| 04/11/05 | Federal Express - - VENDOR: Federal Express Corporation / MYS | 11.87 |
| 04/12/05 | Federal Express - - VENDOR: Federal Express Corporation / MYS | 11.87 |
| 04/07/05 | Filing Fee - - VENDOR: Clerk, US District Court, Rhode Island | 250.00 |

Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . $ 303.63

Total Services and Disbursements. . . . . . . . . . . . . . . . . $ 1,751.63

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 06/02/05 | Telephone call with attorney for Ida Conroy regarding interpleader comiplaint. | khalla | 0.30 | 60.00 |
| 06/20/05 | Telephone from counsel for Griggs regarding return of service. | JOV | 0.10 | 31.00 |
| 06/30/05 | Review correspondence from J. Luiz; telephone call with J. Luiz and others at UBS regarding waiver of service. | khalla | 0.50 | 100.00 |
| 07/13/05 | Draft email regarding status to client. | khalla | 0.30 | 63.00 |
| 07/14/05 | Review past billing and prepare budget going forward; review and revise emails; send same to client. | khalla | 0.50 | 105.00 |
| 07/21/05 | Telephone call with 3 difference Rhode Island Constables to have complaint served on Griggs and Von Frederek; draft, review and revise letter to same for service. | khalla | 1.90 | 399.00 |
| 07/26/05 | Telephone call with Ed Gernstein, counsel for Carolyn Griggs regarding return of waiver of service. | khalla | 0.30 | 63.00 |

Total Services . . . . . . . . . . . . . . . . . . . . Hours 3.90 $ 821.00

| Date | Disbursements | | Value |
|---|---|---|---|
| | Photocopies | ( 74 at 0.10 per page) | 7.40 |
| | Fax | | 1.00 |
| | Telephone - long distance | | 0.96 |
| 07/21/05 | Federal Express - - VENDOR: Federal Express Corporation / KHA | | 13.57 |
| 07/28/05 | Service of Process - - VENDOR: Constable Alan Remillard/ Re: C. K. Griggs and F. Von Fredred/ JOV | | 105.00 |

Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . $ 127.93

Total Services and Disbursements. . . . . . . . . . . . . . . . . . . $ 948.93

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 08/12/05 | Telephone call from counsel for defendant Griggs regarding extension to next Friday for answer; return telephone call to counsel regarding same; conference with counsel regarding extension. | khalla | 0.70 | 147.00 |
| 08/12/05 | Review correspondence from Grigg's counsel; fax response to same. | khalla | 0.20 | 42.00 |
| 08/19/05 | Telephone call with counsel fro C. Griggs. | khalla | 0.10 | 21.00 |
| 09/13/05 | Review answers from three plaintiffs; prepare motion to deposit funds and motion for judgment on pleadings, and memo in support thereof. | khalla | 2.60 | 546.00 |
| 09/14/05 | Telephone call with A. Farina regarding amounts for motion to deposit funds. | khalla | 0.10 | 21.00 |
| 09/14/05 | Review and revise motion to deposition funds. | khalla | 0.20 | 42.00 |
| 09/15/05 | Review email from client regarding value of annuities. | khalla | 0.10 | 21.00 |
| 09/15/05 | Review and revise motion to deposit funds. | khalla | 0.30 | 63.00 |
| 09/15/05 | Draft, review and revise correspondence to local counsel regarding same. | khalla | 0.30 | 63.00 |
| 09/22/05 | Review and revise motion to deposit funds. | khalla | 0.20 | 42.00 |
| 09/22/05 | Draft memorandum in support of motion to deposit funds. | khalla | 1.20 | 252.00 |
| 09/27/05 | Review and revise memorandum in support of motion to deposit funds. | khalla | 1.80 | 378.00 |
| 09/28/05 | Review and revise motion to deposit funds in court. | JOV | 0.30 | 96.00 |
| 09/29/05 | Research and draft defaults for failure to answer. | khalla | 1.70 | 357.00 |
| | Total Services . . . . . . . . . . . . . . . . . . . . | Hours | 9.80 | $ 2,091.00 |

| Date | Disbursements | | Value |
|---|---|---|---|
| | Photocopies | ( 392 at 0.10 per page) | 39.20 |
| | Fax | | 8.50 |
| | Mailing Costs | | 22.64 |
| | Telephone - long distance | | 0.24 |
| | Total Disbursements . . . . . . . . . . . . . . . . . . . . . . | | $ 70.58 |

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

Total Services and Disbursements. . . . . . . . . . . . . . . . . . $ 2,161.58

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 10/13/05 | Review Order from Court; prepare documents for refiling per Order. | khalla | 0.30 | 63.00 |
| 10/18/05 | Draft Request for Default and Affidavit in Support for each defendant. | khalla | 1.20 | 252.00 |
| 10/18/05 | Telephone call with Attorney Gerstein regarding stipulation; review same; reply to same. | khalla | 0.40 | 84.00 |
| 10/19/05 | Review and revise Affidavit and Request for Default; draft correspondence to local counsel regarding same. | khalla | 0.50 | 105.00 |
| 10/21/05 | Review requests for default and prepare strategy on when to file motion to dismiss. | JOV | 0.20 | 64.00 |
| 10/21/05 | Draft, review and revise correspondence to Court regarding defaults. | khalla | 0.20 | 42.00 |
| 10/26/05 | Prepare strategy on defaults. | JOV | 0.30 | 96.00 |
| 10/26/05 | Review defaults from Court and prepare for service on defendants. | khalla | 1.20 | 252.00 |
| 10/26/05 | Telephone call with Attorney Gerstein regarding objection to motion to deposit funds. | khalla | 0.40 | 84.00 |
| 10/26/05 | Strategize regarding default judgment. | khalla | 0.20 | 42.00 |
| 10/28/05 | Review correspondence from Attorney Gerstein and prepare strategy about his plan to not discuss defaults with Superior Court parties. | JOV | 0.40 | 128.00 |
| 10/28/05 | Review correspondence from Attorney Gerstein regarding extension of time to respond and case law on preclusive effect of default judgment in interpleader. | khalla | 0.60 | 126.00 |
| 10/28/05 | Research additional case law on preclusive effect of default judgment in interpleader. | khalla | 1.20 | 252.00 |
| 10/28/05 | Review and revise letters to defendants enclosing defaults. | khalla | 0.40 | 84.00 |
| 10/28/05 | Draft, review and revise correspondence to former defense attorneys regarding defaults. | khalla | 0.80 | 168.00 |
| 10/28/05 | Telephone call to Attorney Cohen regarding same. | khalla | 0.10 | 21.00 |
| | Total Services . . . . . . . . . . . . . . . . . . . . . . . . | Hours | 8.40 | $ 1,863.00 |

| Date | Disbursements |
|---|---|

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Disbursements | | |
|---|---|---|---|
| | Photocopies | ( 597 at 0.10 per page) | 59.70 |
| | Fax | | 7.00 |
| | Mailing Costs | | 27.10 |
| | Telephone - long distance | | 1.36 |

Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . $ 95.16

Total Services and Disbursements. . . . . . . . . . . . . . . . . . $ 1,958.16

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 11/02/05 | Prepare strategy on defaults. | JOV | 0.10 | 32.00 |
| 11/02/05 | Telephone call with Attorney Angel regarding defaults. | khalla | 0.30 | 63.00 |
| 11/02/05 | Telephone call with Paul Davenport regarding default. | khalla | 0.30 | 63.00 |
| 11/02/05 | Telephone call with Attorney Gerstein regarding defaulted defendants and service of keeper of records deposition notice. | khalla | 0.20 | 42.00 |
| 11/03/05 | Review correspondence from counsel regarding deposition subpoena. | JOV | 0.10 | 32.00 |
| 11/03/05 | Review correspondence from Attorney Gerstein regarding records subpoena. | khalla | 0.20 | 42.00 |
| 11/03/05 | Draft, review and revise correspondence to client regarding recent events and correspondence received. | khalla | 0.80 | 168.00 |
| 11/07/05 | Review correspondence from Attorney Gerstein and opposition to depositing money in court. | JOV | 0.30 | 96.00 |
| 11/07/05 | Review Griggs' opposition to our motion to deposit proceeds. | khalla | 0.60 | 126.00 |
| 11/07/05 | Review email from client regarding records deposition. | khalla | 0.10 | 21.00 |
| 11/08/05 | Review Rhode Island rules regarding reply briefs. | khalla | 0.40 | 84.00 |
| 11/08/05 | Review opposition from Ms. Griggs. | khalla | 0.30 | 63.00 |
| 11/08/05 | Telephone call to Attorney Gerstein regarding interpleader. | khalla | 0.10 | 21.00 |
| 11/10/05 | Review file for claim letters. | khalla | 1.60 | 336.00 |
| 11/10/05 | Email client regarding history of Luiz claim. | khalla | 0.30 | 63.00 |
| 11/10/05 | Telephone call with Attorney Gerstein regarding reply. | khalla | 0.20 | 42.00 |
| 11/10/05 | Telephone call with Attorney Angell regarding defaulted defendants. | khalla | 0.20 | 42.00 |
| 11/10/05 | Review file for objection from Mr. Von Frederick. | khalla | 0.80 | 168.00 |
| 11/10/05 | Email client regarding J. Luiz release and Ms. Griggs opposition. | khalla | 0.20 | 42.00 |
| 11/11/05 | Outline argument for reply brief. | JOV | 0.80 | 256.00 |
| 11/11/05 | Draft letter to A. Farina with defendant's opposition and notice of hearing. | JOV | 0.20 | 64.00 |
| 11/11/05 | Research interpleader cases for response to Ms. Griggs' objection to motion to deposit funds. | khalla | 2.40 | 504.00 |
| 11/14/05 | Draft, review and revise summary letter to A. Farina. | khalla | 0.30 | 63.00 |

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 11/14/05 | Research case law for reply brief. | khalla | 0.80 | 168.00 |
| 11/15/05 | Draft reply brief. | khalla | 2.10 | 441.00 |
| 11/16/05 | Telephone call with Attorney Angel regarding appearance, answer, motion to remove default and memo in support thereof. | khalla | 0.20 | 42.00 |
| 11/16/05 | Review and revise argument in reply brief. | khalla | 0.80 | 168.00 |
| 11/16/05 | Draft, review and revise nature and status of proceedings in reply brief. | khalla | 0.70 | 147.00 |
| 11/16/05 | Review and revise motion for judgment on the pleadings. | khalla | 0.40 | 84.00 |
| 11/16/05 | Review and revise memo in support of motion for judgment on the pleadings. | khalla | 0.80 | 168.00 |
| 11/17/05 | Draft, review and revise reply to objection to motion to deposit funds. | khalla | 0.60 | 126.00 |
| 11/17/05 | Draft, review and revise motion for judgment on the pleadings and memo in support thereof. | khalla | 0.70 | 147.00 |
| 11/18/05 | Review subpoena received from Attorney Gerstein and prepare strategy. | JOV | 0.20 | 64.00 |
| 11/18/05 | Review and revise response to subpoena from Attorney Gerstein. | JOV | 0.30 | 96.00 |
| 11/18/05 | Review file in response to Gerstein's request for change of beneficiary forms. | khalla | 0.80 | 168.00 |
| 11/18/05 | Telephone call with Attorney Gerstein regarding request for information regarding change of beneficiary forms. | khalla | 0.20 | 42.00 |
| 11/21/05 | Review claim file in detail looking for change of beneficiary forms for all seven contracts. | khalla | 1.60 | 336.00 |
| 11/21/05 | Review and revise reply memo to deposit proceeds accordingly. | khalla | 0.30 | 63.00 |
| 11/22/05 | Draft letter to Attorney Gerstein regarding subpoenas. | JOV | 0.10 | 32.00 |
| 11/22/05 | Prepare strategy on response to subpoena. | JOV | 0.10 | 32.00 |
| 11/22/05 | Review and revise motion for judgment on the pleadings. | JOV | 0.20 | 64.00 |
| 11/22/05 | Review subpoena received from Ms. Griggs. | khalla | 0.30 | 63.00 |
| 11/22/05 | Draft correspondence to Attorney Gerstein regarding response to subpoena. | khalla | 0.60 | 126.00 |
| 11/22/05 | Draft correspondence to A. Farina regarding subpoena. | khalla | 0.30 | 63.00 |
| 11/23/05 | Review correspondence from Attorney Gerstein regarding request for information. | JOV | 0.10 | 32.00 |
| 11/23/05 | Review correspondence from Attorney Gerstein. | khalla | 0.20 | 42.00 |

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 11/23/05 | Email Attorney Kirby regarding communications with Alfred Factor. | khalla | 0.20 | 42.00 |
| 11/28/05 | Review documents prior to production. | JOV | 0.20 | 64.00 |
| 11/28/05 | Review file for documents responsive to Ms. Griggs' subpoena. | khalla | 1.60 | 336.00 |
| 11/28/05 | Organize responsive documents for production. | khalla | 0.80 | 168.00 |
| 11/28/05 | Telephone call with Ms. Grigg's counsel regarding change of beneficiary form and conversations from Alfred Factor. | khalla | 0.30 | 63.00 |
| 11/28/05 | Draft, review and revise correspondence to Attorney Gerstein enclosing responsive documents. | khalla | 0.40 | 84.00 |
| 11/28/05 | Draft correspondence to other counsel regarding subpoena. | khalla | 0.70 | 147.00 |
| 11/28/05 | Review bills for enclosure in affidavit of attorneys fees. | khalla | 0.90 | 189.00 |
| 11/30/05 | Review and revise motion for judgment on pleading and for fees. | JOV | 0.30 | 96.00 |
| 11/30/05 | Review and revise reply motion to deposition funds into court. | JOV | 0.30 | 96.00 |
| | Total Services . . . . . . . . . . . . . . . . . . . . | Hours | 28.90 | $ 6,432.00 |

| Date | Disbursements | | Value |
|---|---|---|---|
| | Photocopies | ( 640 at 0.10 per page) | 64.00 |
| | Fax | | 14.00 |
| | Mailing Costs | | 7.60 |
| | Telephone - long distance | | 0.56 |

Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . . $ 86.16

Total Services and Disbursements. . . . . . . . . . . . . . . . . . $ 6,518.16

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 12/01/05 | Review oppositions to motion to remove default. | JOV | 0.20 | 64.00 |
| 12/01/05 | Telephone call with Attorney Cohen regarding case and documents produced in response to subpoena. | khalla | 0.40 | 84.00 |
| 12/01/05 | Telephone call with Attorney Angel regarding documents produced in response to subpoena and defaults. | khalla | 0.10 | 21.00 |
| 12/02/05 | Telephone call with Attorney Gerstein regarding documents produced. | khalla | 0.30 | 63.00 |
| 12/02/05 | Review correspondence for additional responsive documents. | khalla | 0.50 | 105.00 |
| 12/02/05 | Bates Stamp and prepare same for production. | khalla | 0.60 | 126.00 |
| 12/02/05 | Prepare fax to Attorney Gerstein with additional responsive documents. | khalla | 0.20 | 42.00 |
| 12/02/05 | Draft correspondence to other defense counsel with additional responsive documents. | khalla | 0.30 | 63.00 |
| 12/05/05 | Review order from Court regarding recusal. | khalla | 0.10 | 21.00 |
| 12/06/05 | Draft letter to counsel regarding continuance of hearing date. | JOV | 0.10 | 32.00 |
| 12/08/05 | Telephone from A. Farina regarding status. | JOV | 0.10 | 32.00 |
| 12/13/05 | Respond to email from A. Farina regarding status and notice of hearing. | JOV | 0.10 | 32.00 |
| 12/13/05 | Receipt and review of notice of hearing from the Court. | JOV | 0.10 | 32.00 |
| 12/23/05 | Prepare for hearing to deposit funds by reviewing file and beneficiary forms; review motions filed by different parties; prepare argument for hearing. | JOV | 4.00 | 1,280.00 |
| | Total Services . . . . . . . . . . . . . . . . . . . . | Hours | 7.10 | $ 1,997.00 |

| Date | Disbursements | | Value |
|---|---|---|---|
| | Photocopies | ( 453 at 0.10 per page) | 45.30 |
| | Fax | | 3.00 |
| | Mailing Costs | | 13.39 |
| | Telephone - long distance | | 0.56 |

Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . $ 62.25

Total Services and Disbursements. . . . . . . . . . . . . . . . . . $ 2,059.25