UNITED STATES DISTRICT COURT
District of Rhode Island

FILED
JAN 05 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Sun Life Assurance Co. of Canada (U.S.)

v. C.A. 05-172 ML

Ida Conroy, Paul S. Davenport, Paul Gonya, Carol Kimberly Griggs, a/k/a Carol Kimberly, Jeffrey Luiz, H. Locke MacDonald, A. Michael Marino, Robert R. Nadeau, Anthony J. Robbio, Jr., and Frederick Von Fredrek

**STIPULATION CONCERNING DISTRIBUTION OF ANNUITY PROCEEDS**

Defendants Ida Conroy, H. Locke MacDonald and Carol Kimberly Griggs, by their undersigned counsel, stipulate as follows:

1. Defendants Conroy, MacDonald and Griggs are the only defendants in this matter against whom defaults have not entered.

2. Plaintiff's Complaint alleges that defendants Conroy and Griggs are adverse claimants concerning how the proceeds of the annuity identified in the Complaint as Contract 056 (paragraphs 33-36 of the Complaint) should be distributed.

3. Plaintiff's Complaint alleges that defendants MacDonald and Griggs are adverse claimants concerning how the proceeds of the annuity identified in the Complaint as Contract 065 (paragraphs 37-41 of the Complaint) should be distributed.

4. Defendant Conroy authorizes and directs Plaintiff Sun Life Assurance Co. of Canada to distribute the proceeds of the annuity identified in the Complaint as Contract

ENTER.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
February 1, 2006

056 to the named beneficiary of record at the time of the death of Frederick A. Gonya, that is-Carol Kimberly Griggs, in care of her undersigned counsel.

5. Defendant MacDonald authorizes and directs Plaintiff Sun Life Assurance Co. of Canada to distribute the proceeds of the annuity identified in the Complaint as Contract 065 to the named beneficiary of record at the time of the death of Frederick A. Gonya, that is-Carol Kimberly Griggs, in care of her undersigned counsel.

6. Defendant Griggs authorizes and directs Plaintiff Sun Life Assurance Co. of Canada to distribute the proceeds of the annuities identified in the Complaint as Contracts 056 and 065 to the named beneficiary of record at the time of the death of Frederick A. Gonya, that is-Carol Kimberly Griggs, in care of her undersigned counsel.

7. Upon compliance with the provisions of paragraphs 4, 5 and 6 of this stipulation, defendants Conroy, MacDonald and Griggs shall execute releases in favor of Sun Life Assurance Co. of Canada concerning the annuities described in its Complaint as Contracts 056 and 065.

8. This stipulation may enter as an Order of the Court in these proceedings.

Agreed to in form and substance, and so stipulated:

Ida Conroy,
By her attorney,

Avram N. Cohen, Esq.
155 South Main St.
Suite 204
Providence, RI 02903
Tel. 401-521-1525
Fax. 401-521-6969

H. Locke MacDonald,
By his attorney,

Edward R. DiPippo,Esq.
1062 Reservoir Ave.
Cranston, RI 02910
Tel. 401-943-3110
Fax. 401 943-8189

Carol Kimberly Griggs,
By her attorney,

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837
Tel. 401-635-2282
Fax. 401-521-6969