Sun
Life Financial℠

De Bellofatto, PCS, AIRC, AAPA
Compliance
De.Bellofatto@Sunlife.com

Sun Life Assurance
Company of Canada (U.S.)
SC 4290
P.O. Box 9134
Wellesley Hills, MA 02481-9134
781.263.6416
Fax 781.416.3970

11 February 2005

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, Rhode Island 02837

Alfred Factor, Esq.
KIRSHENBAUM & KIRSHENBAUM
888 Reservoir Avenue
Cranston, Rhode Island 02910

Jeffrey Luiz
UBS PAINEWEBBER, INC.
One Citizens Plaza, Suite 900
Providence, Rhode Island 02903

FINAL REQUEST

RE: SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)
*Frederick Val Fredrek, Paul Gonya, Rita P. Horn, Robert R. Nadeau, Anthony J. Robbio, Thomas F. Rotella, A. Michael Marino, Paul S. Davenport, and (Involuntary Plaintiff) John Doe, in his capacity as the Executor or Administrator of the Estate of Frederick A. Gonya v. Carol Kimberly a/k/a Carol Kimberly Griggs and John Doe in his capacity as the Executor or Administrator of the Estate of Frederick A. Gonya*

Dear Attorney Gerstein, Attorney Factor and Mr. Luiz:

As we have been unsuccessful in obtaining a status as to the litigation referenced above, Sun Life Assurance Company of Canada (U.S.) ("Sun Life") is herewith requesting further instruction as to the disposition of the accounts noted below, which were owned by Frederick A. Gonya:

1. 08-0880-138224 - beneficiary Carol Kimberly
2. 08-0880-138233 - beneficiary Carol Kimberly
3. 08-0880-145065 - beneficiary Carol Kimberly
4. 08-0880-145056 - beneficiary Carol Kimberly
5. 08-0880-145038 - beneficiary Carol Kimberly
6. 08-0880-145074 - beneficiary Carol Kimberly
7. 71-7100-001929 - beneficiary Carol Kimberly



Sun Life Assurance Company of Canada (U.S.)
is a member of the Sun Life Financial group of companies.

www.sunlife-usa.com

In May 2000, Attorney Gerstein notified Sun Life that annuities noted as numbers 5, 6 were contested and that he {Attorney Gerstein} was to be notified if any claim was submitted by Mr. Luiz for the annuity noted as 7 above.

All of the annuities (1-7) noted above remain in-force and are still restricted. We have received telephonic communication from Ms. Kimberly that she would like to make claim to the death benefit proceeds of some, if not all, of the above-referenced annuities.

We require from each of you joint instructions allowing Sun Life to pay the death benefit proceeds on annuities 1-4 to Carol Kimberly. Upon receipt, Sun Life will draft a Release and Settlement Agreement and circulate for your and your client's signature. Moreover, we request an update as to the litigation status of annuities identified herein as 5, 6 and 7.

**Please forward all documentation to me at the address above within 10 days from the date of this final request. If we have not heard from all parties within that timeframe, we will request assistance from the Courts in determining Sun Life's options for removing itself from this matter.**

Respectfully,

De Bellofatto, PCS, AIRC, AAPA
Compliance

cc: A. Farina, Esq., SUN LIFE ASSURANCE COMPANY OF CANADA

KIRSHENBAUM & KIRSHENBAUM
ATTORNEYS AT LAW, INC

February 15, 2005

Sun Life Assurance Company of Canada
SC 4290
PO Box 9134
Wellesley Hills, MA 02481-9134

Re: Estate of Frederick A. Gonya

Gentlemen:

This is to advise you that the claims involving the above-captioned persons is still contested, and you are hereby instructed not to dispose of the accounts.

Very truly yours,

KIRSHENBAUM & KIRSHENBAUM
Attorneys at Law, Inc.

Alfred Factor

ALFRED FACTOR, ESQ.

AF:dn

Alfred Factor • Charles A. Hirsch • Paul J. Russo • Albert J. Mainelli • John E. McCann, III
Jason D. Monzack • Christopher L. Russo • Matthew J. Elliott • Brian G. Goldstein • Robyn K. Factor

888 Reservoir Avenue Cranston, Rhode Island 02910
Phone 401 946.3200 Fax 401 943.8097 www.kirshenbaumri.com