UBS

UBS Financial Services Inc.
One Citizens Plaza
Suite 900
Providence, RI 02903-1342
Tel. 401-455-6700
Fax 402-274-3672
800-333-6303

www.ubs.com

June 28, 2005

Richard E. Kirby
Local Counsel
Macktaz, Keefer & Kirby
72 Pine Street
Providence, RI 02903

Dear Mr. Kirby:

I am responding to your letter dated May 12, 2005 regarding I sign the Waiver of Service of Summons for the Sun Life Assurance Company vs. Ida Conroy.

While I appreciate the notification and given the current circumstances surrounding the Gonya Sun Life annuities, I wish to make it perfectly clear that I do not object to Sun Life's distribution of the assets according to their records as designated by the owner of the policies, Frederick Gonya, at the time of his passing.

Please call Mr. Butler and myself at your earliest convenience to discuss in greater detail

Sincerely,

Jeffrey Luiz
Vice President-Investments

Thomas R. Butler
Branch Manager
Senior Vice President

Cc: William Cassarini
UBS Division Counsel



UBS Financial Services Inc. is a subsidiary of UBS AG.

EXHIBIT A