UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FILED MAR 3 1 2006 U.S. DISTRICT COURT DISTRICT OF R.I.

RECEIVED APR 03 2006 DAVID L. MARTIN U.S. MAGISTRATE JUDGE U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)
Plaintiff

V.

IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,
Defendants

CIVIL ACTION NO. 05-172-S-DLM

Referred to U.S.M.J. Martin
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 3/31/06

**JOINT MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S NOTICE OF CONVERSION**

Plaintiff, Sun Life Assurance Company of Canada (U.S.) ("Sun Life"), and defendant, Carol Kimberly Griggs ("Griggs"), ask this Court to extend the time by which both parties must respond to the Court's Notice of Conversion by 30 days.

As grounds for this motion Griggs and Sun Life state as follows:

1. On February 24, 2006, the Court issued a Notice of Conversion that converted the motion of Sun Life for judgment on the pleadings into a motion for summary judgment.

2. Sun Life and Griggs have been unable to discuss the matters set forth in the Notice of Conversion because Mr. Gerstein, counsel for Griggs, recently had surgery and has been out of the office.

3. As a result, counsel for Griggs and Sun Life request that the time for the parties to respond to the Court's Notice of Conversion be extended from April 3, 2006 and April 17, 2006

GRANTED.

David L. Martin

DAVID L. MARTIN, USMJ
April 3, 2006

{H:\PA\Lit\15928\55021\A0902093.DOC}