UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
                              )
SUN LIFE ASSURANCE COMPANY    )
OF CANADA, (U.S.),            )
                              )
v.                            )    C.A. No. 05-172S
                              )
IDA CONROY, PAUL S. DAVENPORT,)
PAUL GONYA, CAROL KIMBERLY    )
GRIGGS a/k/a CAROL KIMBERLY,  )
JEFFREY LUIZ, H. LOCKE        )
MACDONALD, A. MICHAEL MARINO, )
ROBERT R. NADEAU, ANTHONY J.  )
ROBBIO, JR., and FREDERICK    )
VON FREDREK,                  )
                              )
                              )
                              )
```

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on March 16, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant, Carol Kimberly Griggs' Motion for Entry of Default Judgment against Defendants Nadeau, Gonya, Marino, Robbio, Davenport, Von Fredrek and Luiz is GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 4/21/06