AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)

V.

IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR., and FREDERICK VON FREDREK

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: C.A. No. 05-172S

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**DEFAULT JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT, KIMBERLY GRIGGS, AGAINST DEFENDANTS, PAUL S. DAVENPORT, PAUL GONYA, JEFFREY LUIZ, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR., AND FREDERICK VON FREDREK, PURSUANT TO THIS COURT'S ORDER DATED APRIL 21, 2006 GRANTING DEFENDANT, KIMBERLY GRIGGS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS DAVENPORT, GONYA, LUIZ, MARINO, NADEAU, ROBBIO, AND VON FREDREK.**

April 24, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk