UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)
Plaintiff

V.

IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,
Defendants

CIVIL ACTION NO. 05-172-S-DLM

**JOINT MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S NOTICE OF CONVERSION**

Plaintiff, Sun Life Assurance Company of Canada (U.S.) ("Sun Life"), and defendant, Carol Kimberly Griggs ("Griggs"), ask this Court to extend the time by which both parties must respond to the Court's Notice of Conversion by 14 days.

As grounds for this motion Griggs and Sun Life state as follows:

1. On February 24, 2006, the Court issued a Notice of Conversion that converted the motion of Sun Life for judgment on the pleadings into a motion for summary judgment.

2. Sun Life and Griggs are having discussions about resolution of the remaining issues pending before this court. They ask that they have this additional extension to complete their discussions, which if successful will dispense with the need to file documents required by the Notice of Conversion, and will result in the parties being able to submit a final judgment/stipulation by consent.

3. As a result, counsel for Griggs and Sun Life request that the time for the parties to respond to the Court's Notice of Conversion be extended from May 3, 2006 and May 17, 2006 to May 17, 2006 and May 31, 2006 respectively.

WHEREFORE, the parties' motion should be allowed.

CAROL KIMBERLY GRIGGS

By her attorney,

Edward L. Gerstein

Edward L. Gerstein
RI #2270
29 Meeting House Lane
Little Compton, RI 02837
Phone: (401) 635-2282
Fax: (401) 635-1612

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),

By its attorneys,

Joan O. Vorster

Joan O. Vorster, Esq.
RI # 5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: 05-02-06

CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to:

Edward R. Dipippo, Esq.
1062 Reservoir Avenue
Cranston, RI 02901

Avram N. Cohen
155 South Main Street, Suite 204
Providence, RI 02903

Edward L. Gerstein
29 Meeting House Lane
Little Compton, RI 02837

Joan O. Vorster, Esq.

Dated: 05-02-06