UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED

MAY 0 1 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

FILED

MAY 0 3 2006

U.S. DISTRICT COURT

SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)
Plaintiff

V.

IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,
Defendants

CIVIL ACTION NO. 05-172-S-DLM

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 5/3/06

## JOINT MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S NOTICE OF CONVERSION

Plaintiff, Sun Life Assurance Company of Canada (U.S.) ("Sun Life"), and defendant, Carol Kimberly Griggs ("Griggs"), ask this Court to extend the time by which both parties must respond to the Court's Notice of Conversion by 14 days.

As grounds for this motion Griggs and Sun Life state as follows:

1. On February 24, 2006, the Court issued a Notice of Conversion that converted the motion of Sun Life for judgment on the pleadings into a motion for summary judgment.

2. Sun Life and Griggs are having discussions about resolution of the remaining issues pending before this court. They ask that they have this additional extension to complete their discussions, which if successful will dispense with the need to file documents required by the Notice of Conversion, and will result in the parties being able to submit a final judgment/stipulation by consent.

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
May 5, 2006