UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Sun Life Assurance Co. of Canada (U.S.)

v. C.A. 05-172 S: DLM

Ida Conroy, Paul S. Davenport, Paul Gonya, Carol Kimberly Griggs, a/k/a Carol Kimberly, Jeffrey Luiz, H. Locke MacDonald, A. Michael Marino, Robert R. Nadeau, Anthony J. Robbio, Jr., and Frederick Von Fredrek

**JOINT MOTION OF SUN LIFE ASSURANCE CO. OF CANADA (U.S.) AND CAROL KIMBERBLY GRIGGS FOR THE WITHDRAWAL AND DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT**

Now come plaintiff, Sun Life Assurance Co. of Canada (U.S.), and interpleader claimant\defendant Carol Kimberly Griggs ("Griggs"), by their undersigned counsel, and hereby move pursuant to L.R.Cv. 67(b) for the withdrawal of monies on deposit with the Registry of the Court.

In support hereof they state:

1. This is an interpleader action commenced on or about April 25, 2005, by plaintiff Sun Life Assurance Co. of Canada (U.S.) ("Sun Life").

2. In accord with the *Memorandum and Order, Martin, U.S.M.J.,* entered on January 12, 2006 (Doc. 61), on or about January 24, 2006, Sun Life deposited $273, 692.83 with the Registry of the Court. The deposit represented the proceeds of five (5) annuities issued by Sun Life, referred to in the plaintiff's Complaint as Contracts 224, 233, 038, 074, and 929 ("the five (5) annuities").

3. On January 12, 2006, Plaintiff filed a Motion for Judgment on the Pleadings and for an award of attorneys' fees. Plaintiff's Motion for Judgment on the Pleadings was converted to a motion for summary judgment pursuant to a Notice of Conversion issued by the Court on February 24 2006. (Doc. 68).

4. On February 14, 2006, Griggs filed a Motion for Entry of Default Judgments in her favor and against all other defendants who could have claimed an interest in the funds deposited by Sun Life with the Registry of the Court. (Doc. 67).

5. The *Report and Recommendation, Martin, U.S.M.J.*, entered on March 16, 2006, recommended that judgment enter in favor of Griggs with respect to the five (5) annuities and that the monies deposited with the Registry of the Court by Sun Life be paid to her (Doc. 69).

6. The plaintiff and defendants did not object to or otherwise seek review of the *Report and Recommendation, Martin, U.S.M.J.*, entered on March 16, 2006.

7. On April 21, 2006, the Court, Smith, J., entered its Order adopting the *Report and Recommendation, Martin, U.S.M.J.,* entered on March 16, 2006 (Doc. 73).

8. On April 24, 2006, default judgment entered in favor of Griggs and against all other defendants who had potential adverse claims to the five (5) annuities (Doc. 74).

9. Sun Life and Griggs have resolved the Motion for Judgment on the Pleadings and for Attorneys Fees, and now ask the Court to disburse the funds deposited with the Court in accordance with their agreement, which is set forth in the proposed Order submitted with this motion.

10. A proposed Order in compliance with LR Cv. 67(b), is submitted contemporaneously herewith, a copy of which is also attached hereto.

Wherefore, plaintiff Sun Life Assurance Co. of Canada (U.S.) and interpleader claimant/defendant Carol Kimberly Griggs move that the Clerk be instructed to disburse to them monies on deposit with the Registry of the Court in the amounts and on the terms as set forth in the proposed Order filed herewith.

Carol Kimberly Griggs,
By her Attorney,

Edward L. Gerstein, Esq., #2270
29 Meeting House Lane
Little Compton, RI 02837
Tel. (401) 635-2282
Fax. (401) 635-1612

Sun Life Assurance Co. of Canada (US)
By its attorneys,

Joan O. Vorster, Esq.
Joan O. Vorster, Esq. RI #5784
Mirick, O'Connell, DeMallie & Lougee,LLP
100 Front St
Worcester, MA 01608-1477
Tel. (508) 791-8500
Fax. (508) 791-8502

CERTIFICATION

I hereby certify that a copy of the within Motion was mailed, postage prepaid this 23rd day of May, 2006 to:

Joan O. Vorster, Esq.
Mirick, O'Connell
100 Front Street
Worcester, MA 01608-1477

Avram N. Cohen, Esq.
155 South Main St.
Suite 204
Providence, RI 02903

Edward DiPippo, Esq.
1062 Reservoir Ave.
Cranston, RI 02910

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Sun Life Assurance Co. of Canada (U.S.)

v. C.A. 05-172 S: DLM

Ida Conroy, Paul S. Davenport, Paul Gonya, Carol Kimberly Griggs, a/k/a Carol Kimberly, Jeffrey Luiz, H. Locke MacDonald, A. Michael Marino, Robert R. Nadeau, Anthony J. Robbio, Jr., and Frederick Von Fredrek

**JOINT MEMORANDUM IN SUPPORT OF JOINT MOTION OF SUN LIFE ASSURANCE CO. OF CANADA (U.S.) AND CAROL KIMBERBLY GRIGGS FOR THE WITHDRAWAL AND DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT**

NATURE AND STATUS OF PROCEEDINGS

This is an interpleader action. Sun Life has deposited $273,692.83, into the Registry of the Court. The deposit represents the proceeds of five (5) annuities referred to in the Complaint as Contracts 224, 233, 038, 074 and 929. See: *Memorandum and Order, Martin, U.S.M.J.,* entered on January 12, 2006 (Doc.# 61).

On February 14, 2006, defendant/claimant Carol Kimberly Griggs ("Griggs") filed a Motion For Entry of Default Judgments in her favor and against all other defendants who might claim an interest in the funds deposited by Sun Life with the Registry of the Court. (Doc. #67). In a *Report and Recommendation* entered on March 16, 2006, ("Report and Recommendation of 3/16/06," Doc. #69), Magistrate Judge Martin recommended that the motion for entry of default judgments be granted. The Court found, in part, "that Griggs by virtue as her status as the sole remaining defendant who has asserted a claim to the proceeds

of those Contracts is entitled to the funds which have been deposited in the Registry of the Court," (*Id* at 10), and that "[t]he proceeds of these Contracts which have been deposited into the Registry of the Court should be paid to Griggs***" (*Id* at 11).

On April 21, 2006, the Court, per Smith, J., entered its Order accepting the Report and Recommendation of 3/16/06 (Doc. #73). On April 24, 2006, default judgments entered in favor of Griggs and against all defendants who might have otherwise asserted an interest in the funds deposited by Sun Life with the Registry of the Court.

ARGUMENT

The legal and factual basis for the withdrawal and distribution of the funds on deposit with the Registry of the Court is set forth in the *Report and Recommendation of March 16, 2006* (Doc. # 69), *Order* accepting the *Report and Recommendation of March 16, 2006* (Doc. # 73), *Default Judgments* (Doc. # 74), and the memorandum of defendant Griggs in support of her motion for entry of default judgments. (Doc. # 67), which are incorporated herein by reference as if set forth in their entirety.

CONCLUSION

The Court has determined that the funds deposited by Sun Life with the Registry of the Court should be distributed to Griggs. Sun Life and Griggs have agreed that a certain portion of those funds should be distributed to Sun Life in settlement of its claim for attorneys fees. Therefore, the funds on deposit with the Registry of the Court should be distributed in the manner set forth in the proposed Order filed with and attached to the instant motion.

Carol Kimberly Griggs,
By her Attorney,

Edward L. Gerstein, Esq., #2270
29 Meeting House Lane
Little Compton, RI 02837
Tel. (401) 635-2282
Fax. (401) 635-1612

Sun Life Assurance Co. of Canada (US)
By its attorneys,

Joan O. Vorster, Esq. RI #5784
Mirick, O'Connell, DeMallie & Lougee,LLP
100 Front St
Worcester, MA 01608-1477
Tel. (508) 791-8500
Fax. (508) 791-8502

CERTIFICATION

I hereby certify that a copy of the within motion was mailed, postage prepaid this 23rd day of May, 2006 to:

Joan O. Vorster, Esq.
Mirick, O'Connell
100 Front Street
Worcester, MA 01608-1477

Avram N. Cohen, Esq.
155 South Main St.
Suite 204
Providence, RI 02903

Edward DiPippo, Esq.
1062 Reservoir Ave.
Cranston, RI 02910