UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)
Plaintiff

V.

IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,
Defendants

CIVIL ACTION NO. 05-172-S-DLM

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDMENT TO ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND ATTORNEYS FEES**

**(ASSENTED TO)**

The Plaintiff, Sun Life Assurance Company of Canada, (U.S.) moves this Court for leave to file an amendment to its Motion For Judgment on the Pleadings and For Attorney's Fees.

1. On January 13, 2006, plaintiff filed a Motion for Judgment on the Pleadings and for Attorneys Fees.

2. Since January 13, 2006, additional fees in the amount of $8,825.79 have been incurred. True copies of the invoices for those fees are attached as Exhibit A.[1]

3. As set forth in the Joint Motion of Sun Life Assurance Company of Canada, (U.S.) and defendant, Carol Kimberly Griggs for the withdrawal and disbursement of funds from

[1] Some of the time reflected in the January 2006 invoice was estimated and included in the fees claimed in the original motion. The balance of the January 2006 and February 2006 time totals $8,825.79.

the Registry of the Court, the parties have resolved the Motion for Attorneys Fees. The invoices attached as Exhibit A, were considered by the parties in reaching resolution on Sun Life's motion. Sun Life requests that its motion be amended to reflect the additional fees set forth in Exhibit A, which formed the basis for Sun Life's motion and the parties subsequent resolution of this Motion.

WHEREFORE the plaintiff's motion should be allowed.

ASSENTED TO

Carol Kimberly Griggs
By her attorney,

Edward L. Gerstein, Esq.
RI #2270
29 Meeting House Lane
Little Compton, RI 02837
Tel. 401-635-2282
Fax: 401-625-1612

Dated: 5/23/06

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),

By its attorneys,

Joan O. Vorster, Esq.
RI # 5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: 5/23/06

CERTIFICATE OF SERVICE

I hereby certify hereby certify that I have this 23rd day of May 2006, served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to:

Joan O. Vorster, Esq.
Mirick, O'Connell
100 Front Street
Worcester, MA 01608-1477

Avram N. Cohen, Esq.
155 South Main St.
Suite 204
Providence, RI 02903

Edward DiPippo, Esq.
1062 Reservoir Ave.
Cranston, RI 02910