15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Rate | Value |
|---|---|---|---|---|---|
| 01/04/06 | Telephone call with Attorney Gerstein regarding consent order for defendants, MacDonald and Conroy. | khalla | 0.30 | 210.00 | 63.00 |
| 01/05/06 | Email A. Farina regarding consent order. | JOV | 0.20 | 320.00 | 64.00 |
| 01/05/06 | Telephone to and from Attorney Gerstein. | JOV | 0.10 | 320.00 | 32.00 |
| 01/05/06 | Telephone to and from Attorney Angel, counsel for other defendants. | JOV | 0.40 | 320.00 | 128.00 |
| 01/05/06 | Draft letter to Attorney Gerstein regarding consent order. | JOV | 0.60 | 320.00 | 192.00 |
| 01/05/06 | Telephone to Attorney Gerstein regarding consent order. | JOV | 0.30 | 320.00 | 96.00 |
| 01/05/06 | Receipt and review of stipulation received from Attorney Gerstein. | JOV | 0.20 | 320.00 | 64.00 |
| 01/05/06 | Review correspondence from Attorney Gerstein regarding consent order. | khalla | 0.20 | 210.00 | 42.00 |
| 01/05/06 | Review consent order. | khalla | 0.20 | 210.00 | 42.00 |
| 01/05/06 | Plan strategy for response. | khalla | 0.50 | 210.00 | 105.00 |
| 01/06/06 | Attend hearing on motion to deposit funds in Providence. | JOV | 3.60 | 320.00 | 1,152.00 |
| 01/06/06 | Research fees for attorneys fees to settle 056 and 065 claims. | khalla | 0.60 | 210.00 | 126.00 |
| 01/09/06 | Review bills for inclusion in affidavit of fees. | khalla | 0.40 | 210.00 | 84.00 |
| 01/09/06 | Review and revise affidavit of fees and memo in support of same accordingly. | khalla | 0.30 | 210.00 | 63.00 |
| 01/10/06 | Review and revise motion for discharge and for attorneys fees and supporting affidavit. | JOV | 0.70 | 320.00 | 224.00 |
| 01/10/06 | Telephone from Court regarding exact amount of disputed fees. | JOV | 0.10 | 320.00 | 32.00 |
| 01/10/06 | Email A. Farina regarding request from Court for exact amount of policies. | JOV | 0.20 | 320.00 | 64.00 |
| 01/10/06 | Prepare strategy on resolution of contracts 056 and 065. | JOV | 0.50 | 320.00 | 160.00 |
| 01/10/06 | Draft letter to counsel regarding settlement of claims. | JOV | 0.30 | 320.00 | 96.00 |
| 01/10/06 | Prepare release. | JOV | 0.40 | 320.00 | 128.00 |
| 01/11/06 | Follow-up on status of accounting on the policies. | JOV | 0.10 | 320.00 | 32.00 |
| 01/11/06 | Review and revise motion to discharge and for attorneys fees and email to A. Farina regarding status. | JOV | 2.20 | 320.00 | 704.00 |
| 01/11/06 | Draft letter to Court regarding values of policies. | JOV | 0.20 | 320.00 | 64.00 |
| 01/11/06 | Plan strategy for filing motion for judgment and fees. | khalla | 0.70 | 210.00 | 147.00 |

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Rate | Value |
|---|---|---|---|---|---|
| 01/12/06 | Review Court's order regarding motion to deposit funds. | khalla | 0.40 | 210.00 | 84.00 |
| 01/12/06 | Telephone call with Attorneys Cohen and DiPippo regarding settlement and fees. | khalla | 0.30 | 210.00 | 63.00 |
| 01/12/06 | Draft release from defendant Conroy. | khalla | 0.70 | 210.00 | 147.00 |
| 01/12/06 | Prepare pleadings for filing. | khalla | 0.90 | 210.00 | 189.00 |
| 01/12/06 | Correspondence with client regarding status and request checks. | khalla | 0.40 | 210.00 | 84.00 |
| 01/13/06 | Review value of defendants, Conroy and MacDonald, policies. | khalla | 0.30 | 210.00 | 63.00 |
| 01/13/06 | Telephone call with Attorney DiPippo regarding same. | khalla | 0.30 | 210.00 | 63.00 |
| 01/13/06 | Telephone call with Attorney Gerstein regarding values of all policies. | khalla | 0.30 | 210.00 | 63.00 |
| 01/19/06 | Review decision from Court on motion to deposit funds. | JOV | 0.20 | 320.00 | 64.00 |
| 01/19/06 | Email client regarding checks. | khalla | 0.10 | 210.00 | 21.00 |
| 01/19/06 | Review email response. | khalla | 0.10 | 210.00 | 21.00 |
| 01/20/06 | Review email from client regarding checks for deposit. | khalla | 0.10 | 210.00 | 21.00 |
| 01/20/06 | Review email confirming checks and respond regaridng delivery instructions. | khalla | 0.20 | 210.00 | 42.00 |
| 01/23/06 | Review checks received for deposit with Court Clerk. | khalla | 0.20 | 210.00 | 42.00 |
| 01/23/06 | Review Local Rules regarding depositing funds into court. | khalla | 0.70 | 210.00 | 147.00 |
| 01/23/06 | Draft, review and revise letter to Court regarding same. | khalla | 0.30 | 210.00 | 63.00 |
| 01/30/06 | Begin reviewing opposition to motion for judgment. | khalla | 0.20 | 210.00 | 42.00 |

Total Services . . . . . . . . . . . . . . . . . Hours 19.00 $ 5,123.00

| Date | Disbursements | Value |
|---|---|---|
| | Photocopies ( 518 at 0.10 per page) | 51.80 |
| | Fax | 45.50 |
| | Mailing Costs | 10.71 |
| | Telephone - long distance | 2.88 |
| 01/12/06 | Federal Express - - VENDOR: Federal Express Corporation / JOV | 15.47 |
| 01/23/06 | Federal Express - - VENDOR: Federal Express Corporation /JOV | 12.47 |
| 01/06/06 | Travel Expenses - - VENDOR: Joan O. Vorster, Providence 80 mil, $14.00 parking. Attend motion hearing. | 49.60 |

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Disbursements | |
|---|---|---|
| 01/11/06 | Expert / Consultant Fees - - VENDOR: Richard E. Kirby, Esq./ Re: Review of pleading and correspondence./ JOV (Expert/Consultant Fee - Original Value $962.50, billed at No Charge). 01/11/06 | 0.00 |

Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . $ 188.43

Total Services and Disbursements. . . . . . . . . . . . . . . . . . $ 5,311.43

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Rate | Value |
|---|---|---|---|---|---|
| 02/03/06 | Email A. Farina regarding status of pending motions. | JOV | 0.20 | 320.00 | 64.00 |
| 02/03/06 | Review Grigg's opposition to motion for a discharge. | JOV | 0.20 | 320.00 | 64.00 |
| 02/08/06 | Review opposition to our motion for a discharge. | JOV | 1.20 | 320.00 | 384.00 |
| 02/08/06 | Review correspondence from Attorney Gerstein about the settlement documents. | JOV | 0.10 | 320.00 | 32.00 |
| 02/08/06 | Prepare reply on motion for discharge and attorneys fees. | JOV | 1.30 | 320.00 | 416.00 |
| 02/09/06 | Prepare reply in response to Griggs objection to discharge. | JOV | 2.60 | 320.00 | 832.00 |
| 02/09/06 | Return call from Attorney Gerstein. | JOV | 0.20 | 320.00 | 64.00 |
| 02/14/06 | Telephone call from Attorney Kriby regarding reply brief. | khalla | 0.10 | 210.00 | 21.00 |
| 02/16/06 | Review defendants' motion for entry of default judgment. | JOV | 0.30 | 320.00 | 96.00 |
| 02/16/06 | Telephone to Attorney Gerstein regarding releases. | JOV | 0.10 | 320.00 | 32.00 |
| 02/17/06 | Telephone call to Attorney Gerstein regarding settlement on 2 policies. | JOV | 0.20 | 320.00 | 64.00 |
| 02/21/06 | Review defendant's changes to the settlement agreement and prepare strategy regarding same. | JOV | 0.60 | 320.00 | 192.00 |
| 02/21/06 | Prepare for hearing on motion for a discharge and for attorneys fees. | JOV | 1.00 | 320.00 | 320.00 |
| 02/22/06 | Preparation and review of argument prior to hearing on motion for a discharge and for attorneys fees. | JOV | 0.50 | 320.00 | 160.00 |
| 02/22/06 | Attend hearing on our motion for a discharge and for attorneys fees in Providence, RI. | JOV | 3.70 | 320.00 | 1,184.00 |
| 02/22/06 | Telephone from E. Gerstein regarding motion for summary judgment. | JOV | 0.10 | 320.00 | 32.00 |
| 02/24/06 | Review comments to the release from Griggs counsel. | JOV | 0.30 | 320.00 | 96.00 |
| 02/24/06 | Email A. Farina regarding results of hearing on motion to deposit. | JOV | 0.30 | 320.00 | 96.00 |
| 02/24/06 | Prepare Consent Judgment. | JOV | 0.60 | 320.00 | 192.00 |
| 02/24/06 | Review correspondence from the Court and compare with Griggs answer and the complaint. | JOV | 0.30 | 320.00 | 96.00 |
| 02/24/06 | Work on settlement agreement. | JOV | 0.20 | 320.00 | 64.00 |
| 02/24/06 | Telephone to Attorney Gerstein regarding settlement and pending motions. | JOV | 0.20 | 320.00 | 64.00 |
| 02/24/06 | Review letter from Judge to Attorney Gerstein. | khalla | 0.20 | 210.00 | 42.00 |

15928 Sun Life of Canada
55021 Gonya, Frederick, Estate of

| Date | Services | Atty | Hours | Rate | Value |
|---|---|---|---|---|---|
| 02/24/06 | Review complaint and answer regarding same. | khalla | 0.20 | 210.00 | 42.00 |
| 02/25/06 | Work on Consent Judgment. | JOV | 0.20 | 320.00 | 64.00 |
| 02/27/06 | Review decision from Court on our motion for a discharge. | JOV | 0.20 | 320.00 | 64.00 |
| 02/27/06 | Revisions to settlement agreement. | JOV | 1.00 | 320.00 | 320.00 |
| 02/28/06 | Revisions to settlement agreement and consent judgment. | JOV | 0.40 | 320.00 | 128.00 |

Total Services . . . . . . . . . . . . . . . . Hours 16.50 $ 5,225.00

| Date | Disbursements | | Value |
|---|---|---|---|
| | Photocopies | ( 202 at 0.10 per page) | 20.20 |
| | Fax | | 9.50 |
| | Mailing Costs | | 6.09 |
| | Telephone - long distance | | 2.40 |
| 01/31/06 | PACER | | 2.48 |
| 02/13/06 | Federal Express - - VENDOR: Federal Express Corporation / JOV | | 12.52 |
| 02/22/06 | Travel Expenses - - VENDOR: Joan O. Vorster, Providence 80 mil, parking $14.00. Travel to motion hearing. | | 49.60 |

Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . $ 102.79

Total Services and Disbursements. . . . . . . . . . . . . . . . . . $ 5,327.79