FILED
MAY 23 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED

MAY 25 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

| SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)<br>Plaintiff<br><br>V.<br><br>IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,<br>Defendants | CIVIL ACTION NO. 05-172-S-DLM |
|---|---|

Referred to U.S.M.J. Martin
☐ for findings & recommendation
☑ for determination.
☐ ____
William E. Smith, U.S. District Judge
Date 5/24/06

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDMENT TO ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND ATTORNEYS FEES**

**(ASSENTED TO)**

The Plaintiff, Sun Life Assurance Company of Canada, (U.S.) moves this Court for leave to file an amendment to its Motion For Judgment on the Pleadings and For Attorney's Fees.

1. On January 13, 2006, plaintiff filed a Motion for Judgment on the Pleadings and for Attorneys Fees.

2. Since January 13, 2006, additional fees in the amount of $8,825.79 have been incurred. True copies of the invoices for those fees are attached as Exhibit A.[1]

3. As set forth in the Joint Motion of Sun Life Assurance Company of Canada, (U.S.) and defendant, Carol Kimberly Griggs for the withdrawal and disbursement of funds from

---

[1] Some of the time reflected in the January 2006 invoice was estimated and included in the fees claimed in the original motion. The balance of the January 2006 and February 2006 time totals $8,825.79.

Granted
David L Martin, USMJ
5-25-06

{H:\PA\Lit\15928\55021\A0921398.DOC}