RECEIVED

MAY 2 3 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Sun Life Assurance Co. of Canada (U.S.)

v. C.A. 05-172 S: DLM

Ida Conroy, Paul S. Davenport, Paul Gonya, Carol Kimberly Griggs, a/k/a Carol Kimberly, Jeffrey Luiz, H. Locke MacDonald, A. Michael Marino, Robert R. Nadeau, Anthony J. Robbio, Jr., and Frederick Von Fredrek

**ORDER**

The Clerk of Court is hereby ordered to disburse from monies on deposit with the Registry of the Court the following amounts to the following parties:

1. The sum of $15,000.00 in a check made payable to the Sun Life Assurance Company of Canada (U.S.). The check shall be mailed to Sun Life's attorney of record, in this case, Joan O. Vorster, Esq., Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, MA, 01608-1477.
2. The sum of $258,692.83 in a check made payable to "Edward L. Gerstein, Attorney for Carol Kimberly Griggs." The check shall be mailed to Carol Kimberly Griggs' attorney of record in this case, Edward L.Gerstein, Esq., 29 Meeting House Lane, Little Compton, RI 02837.
3. If there remain any additional monies deposited by Sun Life Assurance Co. of Canada (U.S.) with the Registry of the Court, any such additional monies shall be paid to Carol Kimberly Griggs in accord with the provisions of paragraph 2 hereof.

By Order,

Deputy Clerk

ENTER:

David L. Martin
USMJ
5-25-06