UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

SUN LIFE ASSURANCE COMPANY OF CANADA, (U.S.)
Plaintiff

V.

IDA CONROY, PAUL S. DAVENPORT, PAUL GONYA, CAROL KIMBERLY GRIGGS a/k/a CAROL KIMBERLY, JEFFREY LUIZ, H. LOCKE MACDONALD, A. MICHAEL MARINO, ROBERT R. NADEAU, ANTHONY J. ROBBIO, JR, and FREDERICK VON FREDREK,
Defendants

CIVIL ACTION NO. 05-172 S: DLM

**CONSENT JUDGMENT**

By agreement between plaintiff, Sun Life Assurance Company of Canada (U.S.), and defendants, Ida Conroy, H. Locke MacDonald and Carol Kimberly Griggs (collectively "the Parties"), and with the consent of the Court, judgment enters as follows:

1. Disbursement of the monies on deposit with the Registry of the Court shall be made in accordance with the Order filed contemporaneously with the Joint Motion of plaintiff, Sun Life Assurance Company of Canada (U.S.) and defendant, Carol Kimberly Griggs for the Withdrawal and Disbursement of Funds from the Registry of the Court.

2. Pursuant to the Stipulation entered as Docket No. 65, Plaintiff, Sun Life Assurance Company of Canada (U.S.) shall pay the proceeds of Contracts 056 and 065 to Edward L. Gerstein, Esq., as counsel for Carol Kimberly Griggs.

3. Any and all claims of defendant, Carol Kimberly Griggs against Sun Life Assurance Company of Canada (U.S.), including but not limited to all claims to the proceeds of Contracts Nos. 224, 233, 038, 074, 929, 056, and 065 are dismissed with prejudice.

4. Any and all claims of defendant, Ida Conroy, including but not limited to all claims to the proceeds of Contract No. 056, are dismissed with prejudice.

5. Any and all claims of defendant, H. Locke MacDonald, including but not limited to all claims to the proceeds of Contract No. 065, are dismissed with prejudice.

6. On March 16, 2006, United States Magistrate Judge Martin issued a Report and Recommendation allowing for entry of default judgment as to defendants, Paul S. Davenport, Paul Gonya, Jeffrey Luiz, A. Michael Marino, Robert S. Nadeau, Anthony J. Robbio, and Frederick Von Frederick (collectively "the defaulted defendants"). The Court recommended that judgment enter in the following form:

> Default judgments should enter against the defaulted Defendants, (Davenport, Gonya, Luiz, Marino, Nadeau, Robbio and Von Fredrek) and in favor of Griggs concerning the proceeds of Contracts 224, 233, 038, 074, and 929. The proceeds of the Contracts which have been deposited into the Registry of the Court should be paid to Griggs, and the defaulted Defendants should be restrained from instituting any action against Sun Life relating to the recovery of those Contracts.

On April 21, 2006 the Court entered its Order and accepted the Report and Recommendation of United States Magistrate Judge Martin. The Report and Recommendation of United States Magistrate Martin entered on March 16, 2006, is hereby incorporated by reference in its entirely.

7. On April 24, 2006, the Court entered judgment in favor of Carol Kimberly Griggs against the defaulted defendants on Contracts 224, 233, 038, 074, 929, and Carol Kimberly Griggs is the only party entitled to the proceeds of those contracts that are deposited with the Registry of the Court.

8. Plaintiff, Sun Life Assurance Company of Canada (U.S.) is discharged from any and all liability as to the proceeds of Contract Nos. 224, 233, 038, 074, 929, 065, and 056.

Entered as an Order of the Court on 30 May, 2006

WSM

WRJ

Ida Conroy,
By her attorney,

Avram N. Cohen, Esq.
155 South Main St., Ste 204
Providence, RI 02903
Tel. 401-521-1525
Fax: 401-521-6969

H. Locke MacDonald
By his attorney,

Edward R. DiPippo, Esq.
1062 Reservoir Ave.
Cranston, RI 02910
Tel. 401-943-3110
Fax: 401-943-8189

Carol Kimberly Griggs
By her attorney,

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837
Tel. 401-635-2282
Fax: 401-625-1612

Sun Life Assurance Company of Canada
(U.S.),
By its attorneys,

Joan O. Vorster, Esq.
RI # 5784
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within motion was mailed, postage prepaid this 26th day of May, 2006 to:

Joan O. Vorster, Esq.
Mirick, O'Connell
100 Front Street
Worcester, MA 01608-1477

Avram N. Cohen, Esq.
155 South Main St.
Suite 204
Providence, RI 02903

Edward DiPippo, Esq.
1062 Reservoir Ave.
Cranston, RI 02910

[signature]